UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*FILED IN OPEN COURT*
*4/29/15*
*CLERK U S DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*JACKSONVILLE, FLORIDA*

UNITED STATES OF AMERICA,

Government X

v.                                            Case No.      3:14-cr-73-J-MJG-JRK

MITCHELL HOLLAND
WARREN ROSENFELD
RONDELL SCOTT HEDRICK

Defendants __

| EXHBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Document |
| 1A | 4/14/15 | 4/14/15 | Dwight Jenkins | E-mail spanning April 19 to April 23, 2009 between Dwight Jenkins and Mitchell Holland regarding a $10,000,000 SBLC |
| 1B | 4/14/15 | 4/14/15 | Dwight Jenkins | E-mail dated May 19, 2009 attaching letter from Tremont Credit Union |
| 1C | 4/14/15 | 4/14/15 | Dwight Jenkins | E-mail dated June 12, 2009 regarding $500,000,000 Money Market Account and Penmark Investments, LLC Managing Member Warren Rosenfeld |
| 1D | 4/14/15 | 4/14/15 | Dwight Jenkins Toni Hardstone | Escrow Agreement and Joint Escrow Instructions for $10,000,000 Leased Certificate of Deposit |
| 1E | 4/14/15 | 4/14/15 | Dwight Jenkins John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Bank | DTC Screen Shot for $10,000,000 Leased Certificate of Deposit |

| | | | | |
|---|---|---|---|---|
| | | | Bill Kerr | |
| 1F | 4/14/15 | 4/14/15 | Dwight Jenkins<br>Bill Kerr | Account Agreement and Addendum 1 dated June 29, 2009 between Vital Funds and Deal Structurer.com, Inc. for a $20,000,000 Proof of Funds Account for an Arrangement Fee of $600,000 |
| 1G | 4/14/15 | 4/14/15 | Dwight Jenkins<br>Toni Hardstone<br>Bill Kerr | Escrow Agreement between Fidelis Holdings, Deal Structurer.com, Inc., and Commercial Escrow Services |
| 1H | 4/14/15 | 4/14/15 | Dwight Jenkins | Wire Transfer Order dated June 30, 2009 for $600,000 wire to Commercial Escrow Services |
| 1I | 4/14/15 | 4/14/15 | Dwight Jenkins<br>Catalino Tovar (Citi)<br>Bill Kerr | E-mail dated July 1, 2009 from Mitchell Holland to Dwight Jenkins regarding the $20,000,000 Proof of Funds Account with Citi El Salvador and attaching a Blocked Funds Letter and purported Citi Records |
| 1J | 4/14/15 | 4/14/15 | Dwight Jenkins | E-mail dated July 23, 2009 attaching letter regarding verification of Deal Structurer account at Citi |
| 1K | 4/14/15 | 4/14/15 | Dwight Jenkins<br>Catalino Tovar (Citi)<br>Bill Kerr | E-mail dated October 2, 2009 attaching Citi Blocked Funds Letter dated October 1, 2009 regarding the $20,000,000 Proof of Funds Letter |
| 1L | 4/14/15 | 4/14/15 | Dwight Jenkins<br>Elliott Smith<br>SA Tim Adams | October 24, 2009 e-mail from Mitchell Holland regarding proof of funds business and relationship with "multi-billion hedge fund." |
| 1M | 4/16/15 | 4/16/15 | Toni Hardstone | Disbursement Instructions for $150,000 Arrangement Fee paid by Deal Structurer.com, Inc. |

| | | | | |
|---|---|---|---|---|
| 1N | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement and Wire Transfers of $150,000 Arrangement Fee paid by Deal Structurer.com, Inc. |
| 1O | 4/16/15 | 4/16/15 | Toni Hardstone | Letter dated July 2, 2009 from Vital Funds to CES with wiring instructions for $600,000 provided by Deal Structurer.com, Inc. |
| 1P | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Ledger and Settlement (including wire transfers) for disbursement of $600,000 provided by Deal Structurer.com, Inc. |
| 1Q | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart of Disbursement of $150,000 Arrangement Fee provided by Deal Structurer.com, Inc. |
| 1R | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart of Disbursement of $600,000 Arrangement Fee provided by Deal Structurer.com, Inc. |
| 1S | 4/14/15 | 4/14/15 | Dwight Jenkins | April 8, 2013 e-mail from Rusty Russell (Vital Funds) regarding General Equity Building Society SBLCs |
| 1T | 4/14/15 | 4/14/15 | Dwight Jenkins | Vital Funds Account Services Agreement for Vaughn Buren, Inc. and Vital Funds dated August 30, 2013 for General Equity Building Society Standby Letter of Credit |
| 1U | | | FBI SA Tim Adams | One Page Power Point Summary Chart of Deal Structurer (Dwight Jenkins) transactions |
| 2A | 4/14/15 | 4/14/15 | Justin Nemec | Vital Funds, Inc. Term Sheet – Conditional Commitment for $4,000,000 Leased Certificate of Deposit (dated September 2, 2009) |
| 2B | 4/14/15 | 4/14/15 | Justin Nemec | Vital Funds, Inc. Term Sheet – Conditional Commitment for |

| | | | | |
|---|---|---|---|---|
| | | | | $4,000,000 Leased Certificate of Deposit (dated September 15, 2009) |
| 2C | 4/14/15 | 4/14/15 | Justin Nemec | Check for $250,000 dated September 11, 2009 for $250,000 |
| 2D | 4/14/15 | 4/14/15 | Justin Nemec | September 18, 2009 letter from Justin Nemec to Mitchell Holland naming a beneficiary (Mr. Herbert Unger) as beneficiary of the $4,000,000 Leased Certificate of Deposit |
| 2E | 4/14/15 | 4/14/15 | Justin Nemec<br>Toni Hardstone<br>Bill Kerr | Escrow Agreement and Joint Escrow Instructions between WCSP Country Club Office Plaza LLC (Justin Nemec), Vital Funds, Inc., and Commercial Escrow Services |
| 2F | 4/14/15 | 4/14/15 | Justin Nemec<br>Bill Kerr | Account Agreement between Vital Funds, Inc. and WCSP Country Club Office Plaza LLC dated September 18, 2009 |
| 2G | 4/14/15 | 4/14/15 | Justin Nemec | E-mail spanning September 18 and 24, 2009 regarding Agreements and the bank wires for the arrangement fee of $375,000 |
| 2H | 4/14/15 | 4/14/15 | Justin Nemec | Wire Transfer of $250,000 from Compass Bank to Union Bank (Commercial Escrow Services Account) |
| 2I | 4/14/15 | 4/14/15 | Justin Nemec | September 28, 2009 letter from Justin Nemec to Mitchell Holland naming a beneficiary (Key Alliance, Inc.) as beneficiary of the $4,000,000 Leased Certificate of Deposit |
| 2J | 4/14/15 | 4/14/15 | Justin Nemec | Email string (spanning September 18 to September 28) from Mitchell Holland to Justin Nemec's attorney (Warren Skip Leake) regarding signed documentation and |

| | | | | |
|---|---|---|---|---|
| | | | | DTC protocols |
| 2K | 4/14/15 | 4/14/15 | Justin Nemec | September 28, 2009 email from Mitchell Holland to Justin Nemec regarding the beneficiary designation for the $4,000,000 Leased Certificate of Deposit |
| 2L | 4/14/15 | 4/14/15 | Justin Nemec | September 30, 2009 Email from Warren Skip Leake to Holland (copying Justin Nemec) regarding signed documentation and DTC verification |
| 2M | 4/14/15 | 4/14/15 | Justin Nemec Gerard Faulkner (CUSIP) | October 1, 2009 email at 11:56 am from Mitchell Holland to Warren Skip Leake explaining that the provided CUSIP is an internal Chase code and not an S&P CUSIP number |
| 2N | 4/14/15 | 4/14/15 | Justin Nemec | October 1, 2009 email at 1:24 pm from Mitchell Holland (copying Warren Rosenfeld) to Warren Skip Leake explaining the $4,000,000 Leased Certificate of Deposit was only viewable at the current DTC coordinates |
| 2O | 4/14/15 | 4/14/15 | Justin Nemec | E-mail spanning September 28 to October 1, 2009 involving Warren Skip Leake, Justin Nemec, Mitchell Holland, Toni Hardstone and others regarding the receipt of $125,000 in escrow funds and a request to rescind the Leased Certificate of Deposit transaction |
| 2P | 4/14/15 | 4/14/15 | Justin Nemec | October 2, 2009 e-mail involving Justin Nemec, Warren Skip Leake, Warren Rosenfeld, and Mitchell Holland regarding blocking of Leased Certificate of Deposit and Chase Bank backing the |

| | | | | CD |
|---|---|---|---|---|
| 2Q | 4\|14\|15 | 4\|14\|15 | Justin Nemec<br>John Faith (DTCC)<br>Gerard Faulkner (CUSIP)<br>Chase Bank<br>Bill Kerr<br>Chris Jaijairam | E-mail string spanning September 30 to October 5, 2009 containing information as to how to access and view the $4,000,000 Leased Certificate of Deposit |
| 2R | 4\|14\|15 | 4\|14\|15 | Justin Nemec | E-mail string spanning October 7 to 8, 2009 involving Justin Nemec regarding contacting Warren Rosenfeld about the $4,000,000 Leased Certificate of Deposit |
| 2S | 4\|14\|15 | 4\|14\|15 | Justin Nemec<br>Bill Kerr | E-mail string spanning October 1 to October 13, 2009 between Justin Nemec, Warren Skip Leake, Mitchell Holland, Warren Rosenfeld, and others regarding bank confirmation of the $4,000,000 Leased Certificate of Deposit and Telex confirmation of same |
| 2T | 4\|14\|15 | 4\|14\|15 | Justin Nemec | E-mail string spanning October 2 to 21, 2009 involving Warren Skip Leake, Justin Nemec, Mitchell Holland, Warren Rosenfeld, and others concerning that Level 7 Access will allow access to DTC and the additional fee of $22,500 to "reblock" the funds |
| 2U | 4\|14\|15 | 4\|14\|15 | Justin Nemec<br>Bill Kerr | October 20, 2009 letter from Justin Nemec to Vital Funds, Inc. regarding blocking the Leased Certificate of Deposit in favor of FNIG Holding Corporation |
| 2V | 4\|14\|15 | 4\|14\|15 | Justin Nemec | October 22, 2009 Invoice for 15,000 Euros to block CD in DTCC and Delivery of Screen Shots |

| | | | | |
|---|---|---|---|---|
| 2W | 4/14/15 | 4/14/15 | Justin Nemec | October 23, 2009 Letter from Vital Funds stating that that the $4,000,000 in assets used to create the leased CD is of non-criminal origin |
| 2X | 4/14/15 | 4/14/15 | Justin Nemec<br>John Faith (DTCC)<br>Gerard Faulkner (CUSIP)<br>Chase Bank<br>Bill Kerr<br>Chris Jaijairam | October 26, 2009 email chain involving Mitchell Holland, Justin Nemec, Warren Skip Leake, and others with the new DTC screenshot of the $4,000,000 Leased Certificate of Deposit listing WCSP Country Club Office Plaza as the Beneficiary and stating that the funds were blocked for FNIG Holding Corporation |
| 2Y | 4/14/15 | 4/14/15 | Justin Nemec<br>Bill Kerr<br>Chris Jaijairam | February 11, 2010 email involving Mitchell Holland, Justin Nemec, and others regarding cease and desist from Unistate concerning the $4,000,000 Leased Certificate of Deposit and Holland's offer to begin a $100,000,000 Leased Certificate of Deposit for Justin Nemec at an additional set up cost of $225,000 |
| 2Z | 4/14/15 | 4/14/15 | Justin Nemec | February 11, 2010 Email from Vincent Fiduccia to Mitchell Holland and Justin Nemec regarding the $4 million leased CD and Cease and Desist from Unistate |
| 2AA | 4/14/15 | 4/14/15 | Justin Nemec | January 10, 2012 email from Justin Nemec to Mitchell Holland regarding new Proof of Funds Solicitation |
| 2BB | 4/14/15 | 4/14/15 | Justin Nemec | March 12, 2014 LinkedIn invitation from Mitchell Holland at Vital Funds, Inc. to Justin Nemec |
| 2CC | 4/14/15 | 4/14/15 | Justin Nemec | July 7, 2014 LinkedIn invitation from Mitchell |

| | | | | |
|---|---|---|---|---|
| | | | | Holland at Pacific Funding Partners, Inc. to Justin Nemec |
| 2DD | | 4/16/15 4/16/15 | | Toni Hardstone | E-mail dated September 30, 2009 from Warren Rosenfeld to Toni Hardstone attaching letter from Vital Funds dated the same day setting forth the wiring instructions for $375,000 provided to CES by WCSP Country Club Plaza LLC |
| 2EE | | 4/16/15 4/16/15 | | Toni Hardstone | Escrow Ledger and Settlement Sheet for wiring of $375,000 provided by WCSP Country Club, LLC |
| 2FF | | 4/21/15 4/21/15 | | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Justin Nemec's $250,000 and $125,000 fees for the $4,000,000 Leased Certificate of Deposit |
| 2GG | | | | FBI SA Tim Adams | One Page Powerpoint Summary Chart of WCSP Country Club Plaza, LLC (Justin Nemec) transaction |
| 3A | | 4/15/15 4/15/15 | | George Sayar Elliott Smith | October 28, 2009 email from Larry Mattacchionne to George Sayar re CD leasing program |
| 3B | | 4/15/15 4/15/15 | | George Sayar | October 30, 2009 email from Chris Cole to George Sayar re Hedrick Consulting Contact Information |
| 3C | | 4/15/15 4/15/15 | | George Sayar Elliott Smith | November 3, 2009 email from Sayar to Glen Elliott Smith regarding conditional commitment letter for Vital Funds |
| 3D | | 4/15/15 4/15/15 | | George Sayar Elliott Smith | November 3, 2009 email from Glen Elliott Smith to George Sayar attaching Account Agreement with Vital Funds and Escrow Agreement, |

| | | | | |
|---|---|---|---|---|
| | | | | including signed versions of documents |
| 3E | 4/15/15 | 4/15/15 | George Sayar | November 3, 2009 $3,000 Wire Transfer from CNL Bank (Sayar Account) to Wells Fargo (Mitchell Holland and Vital Funds Account) |
| 3F | 4/15/15 | 4/15/15 | George Sayar | November 4, 2009 $622,500 Wire Transfer from CNL Bank (Sayar Account) to Union Bank (Commercial Escrow Services Account) |
| 3G | 4/15/15 | 4/15/15 | George Sayar Elliott Smith | November 4, 2009 email from George Sayar to Holland regarding beneficiary designation of Rondell Scott Hedrick |
| 3H | 4/15/15 | 4/15/15 | George Sayar | November 9, 2009 email from George Sayar to Holland copying multiple individuals and attaching UNISTATE contracts regarding the $200,000,000 Leased Certificate of Deposit |
| 3I | 4/15/15 | 4/15/15 | George Sayar | November 11, 2009 email from Malia Shoji to George Sayar forwarding DTC protocols from Mitchell Holland |
| 3J | 4/15/15 | 4/15/15 | George Sayar John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Bank Bill Kerr Chris Jaijairam | November 20, 2009 email from Rondell Scott Hedrick to George Sayar attaching the DTC screen shot for the $200,000,000 leased Certificate of Deposit |
| 3K | 4/15/15 | 4/15/15 | George Sayar | December 1, 2009 (12:07 am) email from Holland to George Sayar containing revised DTC screen shot of $200,000,000 leased Certificate of Deposit reflecting E-Trust Clearing House KB as new entity funds |

| | | | | |
|---|---|---|---|---|
| | | | | are blocked in favor of, with Rondell Scott Hedrick as the listed Beneficiary |
| 3L | 4/15/15 | 4/15/15 | George Sayar<br>John Faith (DTCC)<br>Gerard Faulkner (CUSIP)<br>Chase Bank<br>Bill Kerr<br>Chris Jaijairam | December 1, 2009 (3:10 pm) e-mail from Mitchell Holland to Rondell Scott Hedrick (copying George Sayar) containing the DTC screen shot of the $200,000,000 leased Certificate of Deposit |
| 3M | 4/15/15 | 4/15/15 | George Sayar | December 27, 2009 email from Rondell Scott Hedrick to George Sayar regarding delays in monetizing the $200,000,000 leased Certificate of Deposit |
| 3N | 4/15/15 | 4/15/15 | George Sayar<br>Bill Kerr | January 13, 2010 e-mail at 4:46 pm from Christopher Jaijairam to George Sayar at the direction of Juan Hernandez informing Sayar of the 30 day extension to access the $200,000,000 Leased Certificate of Deposit |
| 3O | 4/15/15 | 4/15/15 | George Sayar<br>Chris Jaijairam | January 13, 2010 (9:44 pm) email string from Christopher Jaijairam to George Sayar regarding delays in monetizing instrument, including forwarded e-mail involving George Sayar and Rondell Scott Hedrick |
| 3P | 4/15/15 | 4/15/15 | George Sayar | January 15, 2010 email from Christopher Jaijairam to George Sayar (forwarding an e-mail from Juan Hernandez) regarding the possibility of changing the beneficiary on the $200,000,000 leased Certificate of Deposit |
| 3Q | 4/15/15 | 4/15/15 | George Sayar<br>Chris Jaijairam | January 15, 2010 email at 1:08 pm from Holland to George Sayar (copying Christopher |

| | | | | |
|---|---|---|---|---|
| | | | | Jaijairam and attaching an email string) regarding closing a deal to monetize the $200,000,000 leased Certificate of Deposit |
| 3R | 4/15/15 | 4/15/15 | George Sayar | January 17 and 18, 2010 email string involving Mitchell Holland, George Sayar, and Rondell Scott Hedrick regarding delays for the monetization of the $200,000,000 leased Certificate of Deposit and additional time needed to monetize and fund the leased CD |
| 3S | 4/15/15 | 4/15/15 | George Sayar | January 19, 2010 email from Christopher Jaijairam to George Sayar regarding no beneficiary name change |
| 3T | 4/15/15 | 4/15/15 | George Sayar | January 21, 2010 email at 11:00 am from Mitchell Holland to George Sayar (copying Rondell Scott Hedrick) regarding changing CD, and attaching a Monetization of Instrument Agreement, D.T.C. screen shot, and a computation of return listing George Sayar's annualized return on investment as 5510% |
| 3U | 4/15/15 | 4/15/15 | George Sayar Bill Kerr | January 22, 2010 email from George Sayar to Mitchell Holland with an attached executed Monetization of Instrument Agreement |
| 3V | 4/15/15 | 4/15/15 | George Sayar John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Bank Bill Kerr | January 28, 2010 email at 2:58 am from Mitchell Holland to George Sayar with a revised DTC screenshot and MT 799 Message Transmission, and January 25, 2010 letter to Espirito Bank regarding the |

|  |  |  | Chris Jaijairam | CD Screen Information |
|---|---|---|---|---|
| 3W | 4/15/15 | 4/15/15 | George Sayar | February 1, 2010 email at 11:36 from Scott Hedrick to George Sayar containing a written response to George Sayar's voicemail to Rondell Scott Hedrick |
| 3X | 4/15/15 | 4/15/15 | George Sayar<br>Bill Kerr<br>Chris Jaijairam | February 12, 2010 email at 11:00 am from Christopher Jaijairam to George Sayar attaching a cease and desist letter from Unistate to George Sayar regarding Leasing Agreement 0021-0033 |
| 3Y | 4/15/15 | 4/15/15 | George Sayar<br>Bill Kerr<br>Chris Jaijairam | February 21, 2010 email at 6:51 pm from Christopher Jaijairam to George Sayar regarding Hedrick being the beneficiary of the leased Certificate of Deposit |
| 3Z | 4/15/15 | 4/15/15 | George Sayar<br>SA Tim Adams | February 25, 2010 email at 1:29 pm from Mitchell Holland to George Sayar refusing to return money and stating that George Sayar is in default and owes $14,000,000, and also forwarding the suggested response provided by Warren Rosenfeld |
| 3AA | 4/15/15 | 4/15/15 | George Sayar | February 25, 2010 email at 9:06 pm from Christopher Jaijairam to George Sayar attaching Rondell Scott Hedrick's Cease and Desist Order regarding certain leased certificates of deposit (including George Sayar's purported leased CD) |
| 3BB | 4/15/15 | 4/15/15 | George Sayar | November 3, 2009 email at 9:53 pm from Rondell Scott Hedrick to George Sayar regarding a banking passport program |

| | | | | |
|---|---|---|---|---|
| 3CC | 4/15/15 | 4/15/15 | George Sayar | November 5, 2009 email at 2:34 pm from Rondell Scott Hedrick to George Sayar regarding the invoice for the banking passport instructions and attaching wiring instructions for $28,289 |
| 3DD | 4/15/15 | 4/15/15 | George Sayar Bill Kerr FBI SA Tim Adams | November 6, 2009 $28,289 Wire Transfer of $28,289 from CNL Bank to First Citizens Bank for the Banking Passport |
| 3EE | 4/15/15 | 4/15/15 | George Sayar Chris Jaijairam | November 10, 2009 Invoice from Unistate to George Sayar for 230,000 Euros for leasing of the Certificate of Deposit, and the December 3, 2009 Invoice from Unistate to George Sayar stating that Sayar owed $14,000,000 for the leasing of the Certificate of Deposit |
| 3FF | 4/15/15 | 4/15/15 | George Sayar | September 24, 2012 email from Mitchell Holland (Vital Funds) to George Sayar regarding solicitation of new business |
| 3GG | 4/15/15 | 4/15/15 | George Sayar | March 20, 2014 email from Mitchell Holland (Vital Funds) to George Sayar regarding solicitation of new business |
| 3HH | 4/16/15 | 4/16/15 | Toni Hardstone | E-mail dated September 5, 2009 from Warren Rosenfeld to Toni Hardstone attaching letter from Vital Funds dated the November 9, 2009 setting forth the wiring instructions for $622,500 provided to CES by George Sayar |
| 3II | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Ledger Sheet and individual wires for wiring of $622,500 provided by George Sayar |
| 3JJ | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle | Summary Chart showing the disbursement of George |

| | | | | |
|---|---|---|---|---|
| | | | Stevens | Sayar's $622,500 fee for the $200,000,000 Leased Certificate of Deposit |
| 3KK | | | FBI SA Tim Adams | One Page Power Point Summary Chart of George Sayar transaction |
| 4A | 4/15/15 | 4/15/15 | Ron Sapp | November 6, 2009 Deed of Trust and Security Agreement for $400,000 secured by a parcel of land in Davidson County, Tennessee between Alpha, LLC to JDS Two, LLC |
| 4B | 4/15/15 | 4/15/15 | Ron Sapp | November 6, 2009 Escrow Agreement Disbursement Authorization ($400,000 from Alpha, LLC to CES) |
| 4C | 4/15/15 | 4/15/15 | Ron Sapp Toni Hardstone Bill Kerr | November 9, 2009 Escrow Agreement and Joint Escrow Instructions between Alpha, LLC, Vital Funds, Inc. (Mitchell Holland), and Commercial Escrow Services for the transfer of $400,000 for the leasing of a $100,000,000 Leased Certificate of Deposit |
| 4D | 4/15/15 | 4/15/15 | Ron Sapp Bill Kerr | Account Agreement (and Addendum 1 dated November 9, 2009) involving Alpha, LLC and Vital Funds, Inc. |
| 4E | 4/15/15 | 4/15/15 | Ron Sapp | November 10, 2009 $400,000 Wire from Jerry Stackhouse to Gregory Perrone (Escrow Attorney for Alpha, LLC) |
| 4F | 4/15/15 | 4/15/15 | Ron Sapp | November 17, 2009 $400,000 Wire from Gregory Perrone (on behalf of Alpha, LLC) to Commercial Escrow Services |
| 4G | 4/15/15 | 4/15/15 | Ron Sapp John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Bank | November 25, 2010 DTC Screen Shot showing leased $100,000,000 Leased Certificate of Deposit listing Alpha, LLC as the beneficiary |

| | | | | |
|---|---|---|---|---|
| | | | Bill Kerr<br>Chris Jaijairam | |
| 4H | 4/15/15 | 4/15/15 | Ron Sapp<br>Chris Jaijairam | November 30, 2009 Minutes of Special Board Meeting of Alpha, LLC |
| 4I | 4/15/15 | 4/15/15 | Ron Sapp<br>Chris Jaijairam | Unistate Invoice to Ron Sapp stating that Sapp owes $8,000,000 |
| 4J | 4/16/15 | 4/16/15 | Toni Hardstone | E-mail dated November 19, 2009 from Warren Rosenfeld to Toni Hardstone attaching letter from Vital Funds dated the same day setting forth the wiring instructions for $400,000 provided to CES by Alpha, LLC (Ron Sapp) |
| 4K | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement Sheet, Ledger, and individual wires for wiring of $400,000 provided to CES by Alpha, LLC (Ron Sapp) |
| 4L | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Alpha, LLC's $400,000 Arrangement Fee for the $100,000,000 Leased Certificate of Deposit |
| 4M | | | FBI SA Tim Adams | One page Power Point Chart for Alpha, LLC (Ron Sapp) transaction |
| 5A | 4/14/15 | 4/14/15 | Ed Wotitzky | December 9, 2009 Check to Wotitzky Trust Account from W.J. Sutton for $500,000 |
| 5B | 4/14/15 | 4/14/15 | Ed Wotitzky | December 19, 2009 Aurora Asset Management Commitment Letter and Addendum 1B |
| 5C | 4/14/15 | 4/14/15 | Ed Wotitzky<br>Bill Kerr<br>SA Tim Adams | December 22, 2009 Account Agreement between Vital Funds, Inc. and Aurora Asset Management, LLC and Addendum 1 reflecting $450,000 Arrangement Fee to Commercial Escrow Services |

| | | | | |
|---|---|---|---|---|
| | | | | for a $100,000,000 leased Certificate of Deposit |
| 5D | 4\|14\|15 | 4\|14\|15 | Ed Wotitzky | December 28, 2009 Letter from Ed Wotitzky to W.J. Sutton Company regarding the Account Agreement, Escrow Agreement, and Commitment Letter regarding Joint Venture with Aurora Asset Management, LLC |
| 5E | 4\|14\|15 | 4\|14\|15 | Ed Wotitzky | December 29, 2009 Letter from Ed Wotitzky to W.J. Sutton regarding problems with the Joint Venture with Aurora Asset Management, LLC, and procuring the $100,000,000 Leased CD, including the potential for W.J. Sutton to lose the $450,000 Arrangement Fee, and attaching Agreements pertinent to the transaction |
| 5F | | | Ed Wotitzky Chris Jaijairam | January 21, 2010 Corporate Resolution prepared by Chris Jaijairam to be placed on Aurora letterhead regarding Rondell Scott Hedrick and leased Certificate of Deposit |
| 5G | | | Ed Wotitzky Chris Jaijairam | January 22, 2010 Letter of Authorization to Block Funds in favor of Osvaldo Ponce |
| 5H | | | Ed Wotitzky Bill Kerr Chris Jaijairam | January 25, 2010 letter to Espirito Bank regarding Verification of CD Screen |
| 5I | 4\|14\|15 | 4\|14\|15 | Ed Wotitzky John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Bank Bill Kerr Chris Jaijairam | DTC Screen Shot of the $100,000,000 leased CD for Aurora Asset Management, LLC |
| 5J | | | Ed Wotitzky Chris Jaijairam | March 4, 2010 letter prepared by Chris Jaijairam to be placed |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | on Aurora letterhead regarding Aurora's request for a 30 day extension to pay the lease fee |
| 5K | 4\|14\|15 | 4\|14\|15 |  | Toni Hardstone Bill Kerr | Escrow Agreement and Joint Escrow Instructions for Aurora Asset Management, LLC |
| 5L | 4\|16\|15 | 4\|16\|15 |  | Toni Hardstone | E-mail dated January 4, 2010 from Warren Rosenfeld to Toni Hardstone attaching letter from Vital Funds dated the same day setting forth the wiring instructions for $450,000 provided by Aurora Asset Management, LLC (Ron Sapp) |
| 5M | 4\|17\|15 | 4\|17\|15 |  | Toni Hardstone Chris Jaijairam | Itemized sheet containing Leased Certificate of Deposit Instrument information for Aurora Asset Management, LLC |
| 5N | 4\|16\|15 | 4\|16\|15 |  | Toni Hardstone | Escrow Settlement Sheet, Ledger, and individual wires for wiring of $450,000 provided to CES by Aurora Asset Management, LLC (via Ed Wotitsky Trust Account) |
| 5O | 4\|21\|15 | 4\|21\|15 |  | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Aurora Asset Management, LLC's $450,000 Arrangement Fee for the $100,000,000 Leased Certificate of Deposit |
| 5P |  |  |  | FBI SA Tim Adams | One page Power Point Chart for W.J. Sutton Co./Aurora Asset Management transaction |
| 6A | 4\|15\|15 | 4\|15\|15 |  | Brian Winum Toni Hardstone | E-mail dated November 19, 2009 between Warren Rosenfeld and Toni Hardstone attaching the Escrow Agreement and Account Agreement involving Brian Winum, Vital Funds, and CES |
| 6B | 4\|15\|15 | 4\|15\|15 |  | Brian Winum | Unistate Invoice to Brian |

| | | | | |
|---|---|---|---|---|
| | | | Chris Jaijairam | Winum for $8,000,000 stating that Winum owed $8,000,000 for the leasing of the Certificate of Deposit |
| 6C | 4/16/15 | 4/16/15 | Toni Hardstone | E-mail dated November 19, 2009 between Warren Rosenfeld and Toni Hardstone attaching the disbursement instructions on Vital Funds letterhead for $300,000 provided by Brian Winum |
| 6D | 4/16/15 | 4/16/15 | Toni Hardstone Bill Kerr | E-mail dated November 19, 2009 between Warren Rosenfeld and Toni Hardstone concerning the protocols to access the Winum $100,000,000 Leased Certificate of Deposit |
| 6E | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement Sheet, Ledger, and individual wires for disbursement of $300,000 provided to CES by RLK Investments (Brian Winum) |
| 6F | | | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Brian Winum's $300,000 Arrangement Fee for the $100,000,000 Leased Certificate of Deposit |
| 6G | 4/15/15 | 4/15/15 | Brian Winum FBI SA Tim Adams | E-mail spanning November 13-17, 2009 between Brian Winum and Rondell Scott Hedrick |
| 6H | 4/15/15 | 4/15/15 | Brian Winum FBI SA Tim Adams | E-mail spanning November 23-27, 2009 between Brian Winum and Rondell Scott Hedrick |
| 6I | 4/15/15 | 4/15/15 | Brian Winum FBI SA Tim Adams | E-mail dated December 2, 2009 from Rondell Scott Hedrick to Brian Winum |
| 6J | 4/15/15 | 4/15/15 | Brian Winum FBI SA Tim Adams | E-mail dated December 28, 2009 from Rondell Scott Hedrick to Brian Winum |

| 6K | 4/15/15 | 4/15/15 | Brian Winum<br>FBI SA Tim Adams | E-mail dated January 18, 2010 from Rondell Scott Hedrick to Brian Winum |
|---|---|---|---|---|
| 6L | | | FBI SA Tim Adams | One page Power Point Chart for Brian Winum transaction |
| 6M<br>6N | 4/15/15<br>4/15/15 | 4/15/15<br>4/15/15 | Brian Winum | Vital Funds, Inc. Pay Instruction Listing Rondell Scott Hedrick as "Provider" |
| 7A | 4/16/15 | 4/16/15 | Toni Hardstone<br>Bill Kerr | Account Agreement and Addendum 1 dated November 24, 2009 between Vital Funds and Promotora Inmobiliaria for a $100,000,000 Stand By Letter of Credit (SBLC) Account for an Arrangement Fee of $5,507,500 |
| 7B | 4/16/15 | 4/16/15 | Toni Hardstone<br>Bill Kerr | Escrow Agreement and Joint Escrow Instructions for $100,000,000 SBLC involving Vital Funds, Promotora Inmobiliaria, and CES |
| 7C | 4/16/15 | 4/16/15 | Toni Hardstone | E-mail dated December 7, 2009 between Warren Rosenfeld and Toni Hardstone concerning verification of escrow deposit of $5,507.500 from Promotora Inmobiliaria |
| 7D | 4/16/15 | 4/16/15 | Toni Hardstone<br>Bill Kerr<br>SA Tim Adams | Purported SBLC in the amount of $100,000,000 from BBVA Bancomer for Promotora Inmobiliaria |
| 7E | 4/16/15 | 4/16/15 | Toni Hardstone<br>Bill Kerr | E-mail dated December 14, 2009 from Warren Rosenfeld to Toni Hardstone attaching the disbursement instructions on Vital Funds letterhead for $5,507,500 provided by Promotora Inmobiliaria |
| 7F | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement Sheet and individual wires for disbursement of $5,507,500 provided to CES by Promotora Inmobiliaria |

| | | | | |
|---|---|---|---|---|
| 7G | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Promotora Inmobiliaria's $5,507,500 Arrangement Fee for the $100,000,000 Stand By Letter of Credit |
| 7H | 4/21/15 | 4/21/15 | SA Tim Adams | E-mail string dated February 5, 2010 involving Mitchell Holland, Warren Rosenfeld, and Promotora regarding authenticity of the BBVA Standby Letter of Credit |
| 8A | 4/16/15 | 4/16/15 | Toni Hardstone Bill Kerr | E-mail from Warren Rosenfeld to Toni Hardstone dated October 8, 2009 attaching the Escrow Agreement and Joint Escrow Instructions and Bank of America Funds Transfer Request and Authorization for $447,000 wire transfer in Progressive Funding Solutions, LLC Deal |
| 8B | 4/16/15 | 4/16/15 | Toni Hardstone Bill Kerr | Vital Funds Account Agreement for Progressive Fundings Solutions, LLC involving $50,000,000 Account |
| 8C | 4/16/15 | 4/16/15 | Toni Hardstone | Commercial Escrow Services Ledger sheet for $447,000 wire from Progressive Funding Solutions, LLC |
| 8D | 4/16/15 | 4/16/15 | Toni Hardstone Gerard Faulkner (CUSIP) John Faith (DTCC) Bill Kerr Chris Jaijairam | October 14, 2009 letter from Chris Jaijairam to Mitchell Holland regarding Progressive Funding Solutions, LLC Account for $50,000,000 including the CUSIP number and instructions for viewing on the D.T.C.C. screen |
| 8E | 4/16/15 | 4/16/15 | Toni Hardstone | E-mail from Warren Rosenfeld to Toni Hardstone dated October 15, 2009 attaching wiring instructions on Vital Funds letterhead for the |

| | | | | |
|---|---|---|---|---|
| | | | | $447,000 received from Progressive Funding Solutions, LLC |
| 8F | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement Sheet and individual wires for disbursement of $447,000 provided to CES by Progressive Funding Solutions, LLC |
| 8G | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Progressive Funding Solutions, LLC's $447,000 Arrangement Fee for the $50,000,000 Account |
| 9A | 4/16/15 | 4/16/15 | Toni Hardstone | E-mail string between Warren Rosenfeld and Toni Hardstone dated September 14, 2009 attaching the Escrow Agreement and Joint Escrow Instructions regarding the $25,000,000 Certificate of Deposit involving Bentley Equities, LLC |
| 9B | 4/16/15 | 4/16/15 | Toni Hardstone Bill Kerr | Vital Funds Account Agreement for Bentley Equities, LLC involving $25,000,000 Certificate of Deposit |
| 9C | 4/16/15 | 4/16/15 | Toni Hardstone | Letter from Toni Hardstone to Tameka Shell (Federated Management) dated September 14, 2009 regarding the receipt of the $300,000 wire from Bentley Equities, LLC |
| 9D | 4/16/15 | 4/16/15 | Toni Hardstone Gerard Faulkner (CUSIP) John Faith (DTCC) Bill Kerr Chris Jaijairam | E-mail from Warren Rosenfeld to Toni Hardstone dated September 16, 2009 containing wiring instructions on Vital Funds Letterhead for the $300,000 received from Bentley Equities, LLC and a letter from Tameka Shell (Federated Management) to Bentley Equities, LLC dated |

| | | | | |
|---|---|---|---|---|
| | | | | September 15, 2009 containing the CUSIP Number of the $25,000,000 Certificate of Deposit and instructions for viewing the D.T.C.C. screen |
| 9E | 4\|16\|15 | 4\|16\|15 | Toni Hardstone | Escrow Settlement Sheet and individual wires for disbursement of $300,000 provided to CES by Bentley Equities, LLC |
| 9F | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Bentley Equities, LLC's $300,000 Arrangement Fee for the $25,000,000 Certificate of Deposit |
| 10A | 4\|16\|15 | 4\|16\|15 | Toni Hardstone Bill Kerr | Facsimile dated March 22, 2008 transmitting the Escrow Agreement and Joint Escrow Instructions, General Provisions, and Account Agreement on Aster Capital letterhead between Aster Capital, Inc. and Symtech International, Inc. for a Sub Account with an available balance of $100,000,000 |
| 10B | 4\|16\|15 | 4\|16\|15 | Toni Hardstone | E-mail dated April 3, 2008 from Mitchell Holland to Toni Hardstone concerning a release of escrow funds for the Symtech International, Inc. $100,000,000 Sub Account deal |
| 10C | 4/16/15 | 4/16/15 | Toni Hardstone | April 3, 2008 letter from Warren Rosenfeld to Toni Hardstone regarding the disbursement of Symtech International, Inc.'s escrow deposit |
| 10D | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement Sheet and individual wire for disbursement of $647,715 provided to CES by Symtech |

| | | | | |
|---|---|---|---|---|
| | | | | International, Inc. |
| 10E | 4/16/15 | 4/16/15 | Toni Hardstone FBI SA Tim Adams | General Release dated April 4, 2008 transferring Aster Capital's responsibilities under the Sub Account Agreement to Saint Juste International Corporation |
| 11A | 4/16/15 | 4/16/15 | Toni Hardstone Bill Kerr | Facsimile dated June 3, 2008 transmitting the Principal/Account Agreement, Escrow Agreement and Joint Escrow Instructions, and General Provisions on Aster Capital letterhead between Aster Capital, Inc. and Magmetal Industrial, Inc. for a Proof of Funds Account with an available balance of $10,000,000 |
| 11B | 4/16/15 | 4/16/15 | Toni Hardstone | Additional Disbursement Instructions for $10,000,000 Magmetal Industrial, Inc. Proof of Funds Account |
| 11C | 4/16/15 | 4/16/15 | Toni Hardstone Oleg Khanyutin (HSBC Bank) Bill Kerr | Proof of Funds document dated July 21, 2008 regarding deposit of $10,000,000 in Account for Magmetal Industrial, Inc. |
| 11D | 4/16/15 | 4/16/15 | Toni Hardstone | Letter dated July 24, 2008 from Warren Rosenfeld (on Aster Capital letterhead) for disbursement of $475,000 Arrangement Fee to Aster Capital and Saint Juste International Corporation |
| 11E | 4/16/15 | 4/16/15 | Toni Hardstone | Escrow Settlement Sheet and individual wires for disbursement of $475,000 provided to CES by Magmetal Industrial, Inc. |
| 11F | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing the disbursement of Magmetal Industrial, Inc.'s $475,000 |

| | | | | |
|---|---|---|---|---|
| | | | | Arrangement Fee for the $10,000,000 Proof of Funds Account |
| 12A | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTCC Securities Services Database Macro for DTC screen shot |
| 12B | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date October 3, 2008 with CUSIP code 8825KY96W and beneficiary Northern & Western Insurance Company, LTD |
| 12C | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date October 3, 2008 with CUSIP code 8825KY96W and beneficiary as K.M.A. International Trading LTD |
| 12D | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date July 23, 2009 with CUSIP code 7749KY96W and beneficiary as Hemmings Foundation |
| 12E | 4/16/15 | 4/16/15 | John Faith John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date September 23, 2009 with CUSIP code 8872KY96W and beneficiary as K.V. Holdings LTD |
| 12F | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date October 13, 2009 |

| | | | | |
|---|---|---|---|---|
| | | | Chase<br>Chris Jaijairam<br>SA Tim Adams | with CUSIP code<br>9194KY96W and beneficiary<br>as Inpex Capital Corporation<br>LTD |
| 12G | 4/16/15 | 4/14/15 | John Faith<br>(DTCC)<br>Gerard Faulkner<br>(CUSIP)<br>Chase<br>Chris Jaijairam<br>SA Tim Adams | DTC Service Screen Shot for<br>$100,000,000 Leased<br>Certificate of Deposit with<br>issue date November 16, 2009<br>with CUSIP code<br>7852KY96W and beneficiary<br>as Marketing Park 8, LLC |
| 12H | 4/16/15 | 4/14/15 | John Faith<br>(DTCC)<br>Gerard Faulkner<br>(CUSIP)<br>Chase<br>Chris Jaijairam<br>SA Tim Adams | DTC Service Screen Shot for<br>$200,000,000 Leased<br>Certificate of Deposit with<br>issue date November 16, 2009<br>with CUSIP code<br>7615KY96W and beneficiary<br>as PHK Global Investments &<br>Funding, LLC |
| 12I | 4/16/15 | 4/14/15 | John Faith<br>(DTCC)<br>Gerard Faulkner<br>(CUSIP)<br>Chase<br>Chris Jaijairam<br>SA Tim Adams | DTC Service Screen Shot for<br>$200,000,000 Leased<br>Certificate of Deposit with<br>issue date November 16, 2009<br>with CUSIP code<br>7615KY96W and beneficiary<br>as PHK Global Investments &<br>Funding, LLC and blocked for<br>Osvaldo Ponce |
| 12J | 4/16/15 | 4/16/15 | John Faith<br>(DTCC)<br>Gerard Faulkner<br>(CUSIP)<br>Chase<br>Chris Jaijairam<br>SA Tim Adams | DTC Service Screen Shot for<br>$100,000,000 Leased<br>Certificate of Deposit with<br>issue date November 24, 2009<br>with CUSIP code<br>9183KY98W and beneficiary<br>as KV Holdings LTD |
| 12K | 4/16/15 | 4/16/15 | Don Maj (DTCC)<br>Gerard Faulkner<br>(CUSIP)<br>Chase<br>Chris Jaijairam<br>SA Tim Adams | DTC Service Screen Shot for<br>$100,000,000 Leased<br>Certificate of Deposit with<br>issue date December 10, 2009<br>with CUSIP code<br>8177KY96W and beneficiary<br>as Project Consultancy<br>International S.A. |

| | | | | |
|---|---|---|---|---|
| 12L | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date March 25, 2010 with CUSIP code 8375KY96W and beneficiary as Environmental Energy Holding Company |
| 12M | 4/16/15 | 4/16/15 | John Faith (DTCC) Gerard Faulkner (CUSIP) Chase Chris Jaijairam SA Tim Adams | DTC Service Screen Shot for $100,000,000 Leased Certificate of Deposit with issue date September 15, 2010 with CUSIP code 9266KY98W and beneficiary as Life OF A CEO INC |
| 13 | 4/21/15 | 4/21/15 | Gerard Faulkner (CUSIP) SA Tim Adams Forensic Accountant Kyle Stevens | Summary Chart setting forth Investment Deals and corresponding CUSIP numbers |
| 14A | 4/17/15 | 4/17/15 | FBI SA Peter Cimino | Photograph of VAG Plaza located at 41-51 North Federal highway, Pompano Beach, Florida |
| 14B | 4/17/15 | 4/17/15 | FBI SA Peter Cimino | Photograph of UPS Store located at 49 North Federal Highway, Pompano Beach, Florida |
| 15A | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | New Zealand Certificate of Public Records for documents pertaining to Unistate Investments Savings and Loan and related entities |
| 15B | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | 2007 Annual Return for NZ Securities Limited |
| 15C | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | List of Companies Registered by NZ Securities Limited Between July 1, 2007 and December 31, 2010 using 412 Lake Road, Takapuna, Aukland, New Zealand |
| 15D | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Company Registration Document – Unistate |

| | | | | |
|---|---|---|---|---|
| | | | | registered by NZ Securities Limited on June 05, 2008 |
| 15E | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Unistate Investments Savings and Loan Limited struck off from Companies Register on February 29, 2012 |
| 15F | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Consent and Certificate of Director dated May 29, 2008 listing Antonio Pires as Director of Unistate |
| 15G | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Consent and Certificate of Director dated September 25, 2008 listing Maria Gemma Ayuso Galan as Director of Unistate |
| 15H | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Consent and Certificate of Director dated April 20, 2011 listing Joao Jose Beato Ascencao as Director of Unistate |
| 15I | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Consent of Shareholder Document listing Midland Management Limited with 412 Lake Road address as original shareholder of Unistate |
| 15J | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Annual Return Dated June 27, 2008 for Midland Management listing its shareholder as 1744509 Blueberry Holdings Limited at the 421 Lake Road address |
| 15K | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Unistate Summary Share Parcel Changes document dated September 29, 2008 showing shareholder change from Midland Management Limited to Wamito Management Limited at 412 Lake Road address |
| 15L | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Unistate Summary Share Parcel Changes document dated January 7, 2010 showing shareholder change from |

| | | | | |
|---|---|---|---|---|
| | | | | Wamito Management Limited to Fininsa Savings and Loan Limited – submitted by Joaquim Almeida |
| 15M | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Document showing Joaquim Almeida as Director and Shareholder of 73 New Zealand Companies |
| 15N | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Application to Incorporate A Company for Fininsa Savings & Loans Limited dated December 8, 2008 listing Anonio Pires as Company Director with 100 shares owned by Wamito Management Limited |
| 15O | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Company Name Change Document dated April 14, 2010 to change name of Fininsa Savings and Loans Limited to Mutual & General Indemnity Corporation Limited submitted by Joaquim Almeida |
| 15P | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Summary of Share Parcel Changes Document for Unistate showing change of shareholder for all 100 shares from Fininsa Savings & Loans Limited to Mutual & General Indemnity Corporation Limited and Hitachi Investment GMBH |
| 15Q | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Summary of Share Parcel Changes Document for Unistate showing change of shareholder for all 100 shares from Mutual & General Indemnity Corporation Limited and Hitachi Investment GMBH to Hitachi Investment GMBH |
| 15R | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Document dated April 21, 2011 showing Particulars of |

| | | | | |
|---|---|---|---|---|
| | | | | Shareholding for Unistate moving all 100 Unistate shares from Hitachi Investment GMBH to Joao Jose Beta Ascencao |
| 15S | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Unistate Registered Company Address Change dated January 7, 2010 to new address of 24B Moorefield Road, Suite 1708, Johnsonville, Wellington 6037 |
| 15T | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Photographs of 412 Lake Road, Takapuna, Aukland, New Zealand |
| 15U | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Photographs of 24B Moorefield Road, Johnsonville, Wellington |
| 16A | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | New Zealand Certificate of Public Records for documents pertaining to General Equity Building Society and Certificate of Incorporation dated October 10, 2007 in the name General Equity Building Society |
| 16B | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Certificate of Incorporation dated March 1, 2014 changing the name of General Equity Building Society to General Equity |
| 16C | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | General Equity Annual Return for year ending March 31, 2014 listing Directors and Fixed Capital Shares |
| 16D | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Google Maps Photo of 17 Albert Street, Auckland |
| 16E | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | Summary Chart of Fixed Capital Shareholders of General Equity |
| 16F | 4/17/15 | 4/17/15 | Pat O'Sullivan SA Tim Adams | 2014 Financial Markets Authority Public Warning regarding General Equity |
| 16G | 4/17/15 | 4/17/15 | Pat O'Sullivan | August 6, 2013 News Article regarding General Equity |

| | | | | | Building Society |
|---|---|---|---|---|---|
| 17A | 4/17/15 | 4/17/15 | Glen Elliott Smith | | October 30, 2009 e-mail from Mitchell Holland to Elliott Smith regarding the split of money for Sayar deal |
| 17B | 4/17/15 | 4/17/15 | Glen Elliott Smith | | November 12, 2009 e-mail from Mitchell Holland to Scott Hedrick (copying Warren Rosenfeld and Elliot Smith) with copy of DTC Screen Shot for Sayar deal |
| 17C | 4/17/15 | 4/17/15 | Glen Elliott Smith | | January 21, 2010 e-mail from Mitchell Holland to Elliott Smith (copying Scott Hedrick) regarding fees for the Sayar and Aurora leased CDs with attached spreadsheet showing significant returns for a $100,000,000 CD |
| 17D | 4/17/15 | 4/17/15 | Glen Elliott Smith | | Plea Agreement for Glen Elliott Smith |
| 18A | 4/17/15 | 4/17/15 | Chris Jaijairam | | Document setting forth stock answers and responses to inquiries about Unistate investments |
| 18B | 4/17/15 | 4/17/15 | Chris Jaijairam | | November 4, 2009 letter from Warren Rosenfeld (Aster Capital) to Christopher Jaijairam |
| 18C | 4/17/15 | 4/17/15 | | | E-mail dated October 21, 2013 from Chris Jaijairam to Mitchell Holland the Leased CD and Free Format Message |
| 18D | 4/17/15 | 4/17/15 | Chris Jaijairam | | E-mail dated December 3, 2013 at 2:15 pm from Chris Jaijairam to Mitchell Holland regarding answers to questions posed to Unistate about investments |
| 18E | 4/17/15 | 4/17/15 | Chris Jaijairam | | E-mail dated December 3, 2013 at 2:23 pm from Chris Jaijairam to Mitchell Holland regarding Rondell Scott |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Hedrick and Unistate communications with other banks |
| 18F | | 4/17/15 | 4/17/15 | Chris Jaijairam | E-mail dated December 3, 2013 at 2:10 pm from Chris Jaijairam to Mitchell Holland regarding MT 799 Free Format Message to Banca Sara Bank and Leased CD transactions |
| 18G | | 4/17/15 | 4/17/15 | Chris Jaijairam | E-mail dated December 3, 2013 from Chris Jaijairam to Mitchell Holland regarding Leased CD transactions and communications with global partners |
| 18H | | 4/17/15 | 4/17/15 | Chris Jaijairam | Plea Agreement |
| 19A | | 4/16/15 | 4/16/15 | Toni Hardstone FBI SA Tim Adams | Facsimile dated October 1, 2008 from Warren Rosenfeld to Toni Hardstone containing Escrow Agreement and Joint Escrow Instructions, and Principal/Account Agreement for Verification of Deposit for Superstition Funding, LLC |
| 19B | | 4/16/15 | 4/16/15 | Toni Hardstone Michael Thompson (Chase) FBI SA Tim Adams | E-mail dated October 7, 2008 from Warren Rosenfeld to Toni Hardstone transmitting a letter bearing the heading JP Morgan Chase regarding a Verification of Deposit of $3,966,357.85 for Superstition Funding, LLC |
| 19C | | 4/16/15 | 4/16/15 | Toni Hardstone FBI SA Tim Adams | Letter dated October 6, 2008 from Warren Rosenfled to Toni Hardstone regarding disbursement of Arrangement Fee of $82,500.00 provided by Superstition Funding, LLC, including individual wires and CES Escrow Ledger document |
| 19D | | 4/27/15 | 4/27/15 | | |
| 20A | | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Compact Disk (CD) containing Excerpts from a February 27, 2013 recorded call between an |

| | | | | |
|---|---|---|---|---|
| | | | | FBI informant and Rondell Scott Hedrick |
| 20B | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Transcript of excerpts of February 27, 2013 recorded call between an FBI informant and Rondell Scott Hedrick |
| 21A | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Compact Disk (CD) containing Excerpts of March 18, 2013 recorded meeting between an FBI informant and Rondell Scott Hedrick |
| 21B | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Transcript of excerpts of March 18, 2013 recorded call between an FBI informant and Rondell Scott Hedrick |
| 22 | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Photograph of Rondell Scott Hedrick's mother's house located at 11 Forrest Drive, Lexington, North Carolina |
| 23 | 4/21/15 | 4/21/15 | FBI SA Tim Adams | E-mail dated January 9, 2010 at 8:59 pm from Mitchell Holland to Warren Rosenfeld |
| 24A | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from March 12, 2009 |
| 24B | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from July 26, 2010 |
| 24C | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from October 3, 2010 |
| 24D | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from February 25, 2011 |

| 24E | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from December 5, 2011 |
|---|---|---|---|---|
| 24F | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from March 3, 2013 |
| 24G | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Vital Funds advertisement claiming delivery of $100,000,000 Cash Account |
| 24H | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from December 10, 2013 |
| 24I | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Vital Funds, Inc. website capture (vitalfund.com) from December 18, 2014 |
| 24J | 4/21/15 | 4/21/15 | FBI SA Tim Adams | Photograph of Mitchell Holland from Facebook Page |
| 25A | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Aster Capital, Inc. website capture (astercapital.com) from September 19, 2008 |
| 25B | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Aster Capital, Inc. website capture (astercapital.com) from February 9, 2010 |
| 25C | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Aster Capital, Inc. website capture (astercapital.com) from February 18 & 28, 2012, and April 14 & 18, 2012 |
| 25D | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Aster Capital, Inc. website capture (astercapital.com) from August 7, 2013 |

| 25E | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Aster Capital, Inc. website capture (astercapital.com) from February 2, 2015 |
|---|---|---|---|---|
| 26A | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Hedrick Consulting Website capture from March 7, 2013 referencing Bank Guarantees and Standby Letters of Credit |
| 26B | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Hedrick Consulting Website capture from March 7, 2013 referencing Chase CD Transactions from December 2010 |
| 27A | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Pacific Funding Partners, Inc. website capture dated September 5, 2014 – Partners Page |
| 27B | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Pacific Funding Partners, Inc. website capture dated September 5, 2014 – Firm Overview |
| 27C | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Pacific Funding Partners, Inc. website capture dated September 5, 2014 – Partners Program |
| 27D | 4/21/15 | 4/21/15 | FBI Computer Scientist Tim McCrohan FBI SA Tim Adams | Pacific Funding Partners, Inc. website capture dated September 5, 2014 – Business Lending with Assets and Asset Based Lending |
| 28 | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Suntrust Bank Account Records for Account in the name Rondell Scott Hedrick – 06/25/09 – 05/25/10 with Certificate of Authenticity |
| 29A | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | First Citizens Bank Account Records for Hedrick Consulting, Inc. – 09/01/09 – |

| | | | | |
|---|---|---|---|---|
| | | | | 07/31/10 with Certificate of Authenticity |
| 29B | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Wire Transfers for Hedrick Consulting, Inc. First Citizens Bank Account Records |
| 29C | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Checks written to Cash Hedrick Consulting, Inc. First Citizens Bank Account Records |
| 29D | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart of Deposit Sources into the Hedrick Consulting, Inc. First Citizens Bank Account |
| 29E | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart Debits/Credits from Hedrick Consulting, Inc. First Citizens Bank Account from 11/01/09 – 05/03/10 |
| 29F | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart Itemized Debits from Hedrick Consulting, Inc. First Citizens Bank Account from 11/01/09 – 05/03/10 |
| 30 | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Union Bank Account Records and Wire Transactions for Commercial Escrow Services from 01/01/09 – 12/31/10 with Certificate of Authenticity |
| 31A | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Wells Fargo Bank Account Records for Vital Funds, Inc, from 05/01/09 – 12/31/10 (Business Checking Acct.) and from 10/01/09 – 12/31/10 (Business Savings Acct.) with Certificate of Authenticity |
| 31B | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Bank of America Account Records for Trillions Capital (Mitchell Holland) from 01/01/09 – 05/31/10 with Certificate of Authenticity |
| 31C | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Bank of America Account Records for Mitchell Holland from 01/01/09 – 05/31/10 with Certificate of Authenticity |

| | | | | |
|---|---|---|---|---|
| 31D<br><br>31E | 4/21/15<br><br>4/21/15 | 4/21/15<br><br>4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing Account Balances Contained in Wells Fargo and Bank of America Bank Accounts (Trillions Capital, Mitchell Holland, Vital Funds Checking, and Vital Funds Savings) from 06/01/09 – 12/31/10 |
| 32A | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | BBVA Bank Account Records for Aster Capital, Inc. from 03/01/08 – 12/31/08 with Certificate of Authenticity |
| 32B | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | BBVA Bank Account Records (Wire Activity) for Aster Capital, Inc. 03/01/08 – 12/31/08 |
| 32C | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | BBVA Bank Account Records (Select Checks) from Aster Capital, Inc. from 03/14/08 – 09/24/08 |
| 33A | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | BBVA Bank Account Records for Aster Capital, Inc. and Warren Rosenfeld from 01/01/09 – 12/31/10 (including account statements and wire reports) with Certificate of Authenticity |
| 33B | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | BBVA Wire Transaction from Warren Rosenfeld Account in amount of $273,666.73 for Mortgage Payoff of 5925 Tiburon Drive, Plano, TX 75093 |
| 33C | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing Account Balances Contained in BBVA Bank Accounts (Aster Capital, Inc. and Warren Rosenfeld) from 06/01/09 – 12/31/10 |
| 33D | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart of Schedule of Checks/Debits from Warren Rosenfeld Personal BBVA Compass Account |

| 33E | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing Schedule of Checks and Debits from BBVA Bank Account for Aster Capital, Inc. from 03/01/08 – 12/31/10 |
|-----|---------|---------|--------------------------------------|-------------------------------------------------------------------------------------------------------------------------|
| 34 | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart of Funds contained in Accounts Held or Controlled by Mitchell Holland and Warren Rosenfeld from 06/01/09 – 12/31/10 |
| 35 | 4/21/15 | 4/21/15 | FBI Forensics Account Kyle Stevens FBI Forensic Accountant Hortensia Lysen | Citibank Espana Bank Account Records for Unistate Investments Savings and Loans from 06/01/09 – 5/31/2010 |
| 36 | 4/21/15 | 4/21/15 | Self-Authenticating | E-mail Stipulation of the Parties |
| 37A | 4/21/15 | 4/21/15 | Self-Authenticating | Certified Records Florida Department of State for Vital Funds, Inc. |
| 37B | 4/21/15 | 4/21/15 | Self-Authenticating | Certified Records Florida Department of State for Trillions Capital Group Inc. |
| 37C | 4/21/15 | 4/21/15 | Self-Authenticating | Certified Records Florida Department of State for Seasoned Funds Company Inc. |
| 37D | 4/21/15 | 4/21/15 | Self-Authenticating | Certified Records Florida Department of State for Pacific Funding Partners, Inc. |
| 38 | 4/21/15 | 4/21/15 | Self-Authenticating | Certified Records Texas Secretary of State for Aster Capital, Inc. |
| 39 | 4/21/15 | 4/21/15 | Self-Authenticating FBI SA Tim Adams | Transcript of Warren Rosenfeld Grand Jury Testimony on February 27, 2014 |
| 40 | | | Self-Authenticating | Judgment from Holland Conviction in the Southern District of California on September 5, 2000 for Making and Subscribing a False Tax Return |

| 41A | | | John Nielsen | E-mail exchange between John Nielsen and Mitchell Holland on November 11, 2010 |
|---|---|---|---|---|
| 41B | | | John Nielsen | Crucial Funds, LLC Service Provider Agreement for $10,000,000 Bank Instrument |
| 41C | | | John Nielsen | Crucial Funds, LLC Escrow Agreement and Joint Escrow Instructions |
| 41D | | | John Nielsen | E-mail dated December 15, 2010 between Mitchell Holland and John Nielsen |
| 41E | | | John Nielsen | E-mail dated December 31, 2010 from Mitchell Holland with attached letter from Crucial Funds, LLC |
| 41F | | | John Nielsen | Plea Agreement |
| 42A | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing profits to Vital Funds, Aster Capital, Unistate, and Elliott Smith for 6 leased instrument transactions |
| 42B | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Summary Chart showing profits to Vital Funds, Aster Capital, Unistate, Elliott Smith, and others for 13 leased instrument transactions |
| 43 | 4/21/15 | 4/21/15 | FBI SA Janice Loeffert FBI SA Tim Adams | Photograph of Rosenfeld house located at 5925 Tiburon Drive, Plano, Texas |
| 44 | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Bank of America records for account held by CJ Group Services, Inc. (Christopher Jaijairam) |
| 45 | 4/21/15 | 4/21/15 | FBI Forensic Accountant Kyle Stevens | Regions Bank Wire Transfer Reports for incoming wire of $131,290 to Glen Elliott Smith and Outgoing wire of $5,500 to Rondell Scott Hedrick |

46 A  4/27/15  4/27/15
47 A  4/27/15  4/27/15
48 A  4/27/15  4/27/15
46 B  4/27/15  4/27/15
47 B  4/27/15  4/27/15
48 B  4/27/15  4/27/15