**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FILED IN OPEN COURT
4/29/15
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                                           CASE NO. 3:14-cr-73-J-34JRK

MITCHELL HOLLAND

## DEFENDANT MITCHELL HOLLAND'S EXHIBIT LIST FOR TRIAL

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| 1 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 9/24/09, 3:53:14 pm from Jaijiaram to Holland, 5 pgs |
| 2 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 9/24/09, 3:53:48 pm from Jaijairam to Holland, 2 pgs |
| 3 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 9/24/09, 3:55:54 pm from Jaijairam to Holland, 5 pgs |
| 4 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 9/24/09, 4:01:47 from Jaijairam to Holland, 1 pg |
| 5 | | | Chris Jaijairam | Email dated 10/7/09, 3:25:50 pm from Jaijairam to Holland, 4 pgs |
| 6 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 10/8/09, 11:04:53 am from Jaijairam to Holland, 2 pgs |
| 7 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 1/18/10, 11:37:57 am from Jaijairam to Holland, 4 pgs |
| 8 | | | Chris Jaijairam | Email dated 12/18/09, 3:59:22 pm from Jaijairam to Holland, 7 pgs |
| 9 | | | Chris Jaijairam | Email dated 1/14/10, 4:33:57 pm from Jaijairam to Holland, 3 pgs |
| 10 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 11/24/12, 3:40 pm from Jaijairam to Holland & Jim Montgomery, 3 pgs |
| 11 | 4/17/15 | 4/17/15 | Chris Jaijairam | Vital Funds Profile & Info Page, 3 pgs |
| 12 | 4/17/15 | 4/17/15 | Chris Jaijairam | Inside Trade LLC Forum comments |

| | | | | |
|---|---|---|---|---|
| | | | | page, dated 6/12/12, 3 pgs |
| 13 | | | Ronald Sapp | Account Agreement between Alpha and Vital Funds, 3 pgs |
| 14 | | | Eric Richardson | Account Agreement between Bentley Equities and Vital Funds, 3 pgs |
| 15 | | | Eric Richardson | Bentley Equities letter dated 12/8/09, 1 pg |
| 16 | | | Eric Richardson | Bentley Equities letter dated 12/3/09, 1 pg |
| 17 | | | Justin Nemec/Skip Leake | Account Agreement between WCSP and Vital Funds, 2 pgs |
| 18 | | | Justin Nemec/Skip Leake | Addendum to Account Agreement between WCSP and Vital Funds, 1 pg |
| 19 | | | Justin Nemec/Skip Leake | Email dated 9/30/09, 12:49 pm from Warren Rosenfeld to Holland, 1 pg |
| 20 | 4/23/15 | 4/23/15 | Justin Nemec/Skip Leake | Email dated 10/1/09, 10:12 am from Leake to Holland and Nemec, 7 pgs |
| 21 | | | Justin Nemec/Skip Leake | Email dated 10/1/09, 11:41 am from Leake to Holland and Nemec, 3 pgs |
| 22 | | | Justin Nemec/Skip Leake | Email dated 10/7/09, 6:27 pm from Rosenfeld to Rusty Russell, 1 pg |
| 23 | | | Justin Nemec/Skip Leake | Cease & Desist Letter dated 2/11/10 from Juan Hernandez to Nemec, 1 pg |
| 24 | | | Brian Winum | Account Agreement between Winum and Vital Funds, 3 pgs |
| 25 | 4/15/15 | 4/15/15 | Brian Winum | Email dated 11/19/09, 12:15 pm from Winum to Holland, 2 pg |
| 26 | 4/15/15 | 4/15/15 | Brian Winum | Email dated 1/10/10, 11:23:51 pm from Jaijairam to Holland, 3 pgs |
| 27 | | | Mike Barbee | Email dated 1/22/10, 5:05:48 pm from Holland to Barbee, 2 pgs |
| 28 | | | Mike Barbee | Email dated 2/17/10, 3:26:45 pm from Holland to Barbee, 2 pgs |
| 29 | | | Dwight Jenkins | Account Agreement between Deal Structurer and Vital Funds, 2 pgs |
| 30 | | | Dwight Jenkins | Addendum to Account Agreement between Deal Structurer and Vital Funds, 1 pg |
| 31 | | | Dwight Jenkins | Banco Citibank de El Salvador, S.A. printout, 1 pg |

| 32 | | | Dwight Jenkins | Letter of Commitment dated 10/7/09 to Deal Structurer from C.A. Renaud, 1 pg |
| 33 | | | George Sayar | Certified Copy of Conviction, Duval County, 1 pg |
| 34 | | | George Sayar | Account Agreement between Sayar and Vital Funds, 3 pgs |
| 35 | | | George Sayar | Asset Management Agreement between Amber International and Sayar, 5 pgs |
| 36 | 4/16/15 | 4/16/15 | George Sayar | Emailed dated 12/8/09, 10:57:59 am from Sayar to Holland, 1 pg |
| 37 | 4/16/15 | 4/16/15 | George Sayar | Emailed dated 1/11/10, 10:08:27 am from Sayar to Holland, 2 pgs |
| 38 | 4/16/15 | 4/16/15 | George Sayar | Emailed dated 1/15/10, 2:13 pm from Mattacchione to Sayar, 3 pgs |
| 39 | | | George Sayar | Spreadsheet for CD dated 1/21/10, 1 pg |
| 40 | | | George Sayar | Monetization of Instrument Agreement between Sayar and Hedrick, 2 pgs |
| 41 | | | George Sayar | Email 12/8/09 from Sayar to Holland, 7 pgs |
| 42 | 4/14/15 | 4/14/15 | Michael Barbee | Letter dated 12/29/09 from Edward Wotitzky to Barbee |
| 43 | 4/14/15 | 4/14/15 | Michael Barbee | Email dated 12/29/09 10:24 am from Barbee to Wotitzky |
| 44 | | | Chris Jaijairam | Email dated 10/21/13 1:36 pm from Jaijairam to Holland |
| 45 | | | Chris Jaijairam | Email dated 12/3/13 2:22 pm from Jaijairam to Holland |
| 46 | | | Mitchell Holland | Letter from NZ Securities Trusts dated 4/8/09 |
| 47 | 4/17/15 | 4/17/15 | Chris Jaijairam | Email dated 12/3/13 5:36 pm from Jaijairam to Holland |
| 48 | | | Justin Nemec | Email dated 1/10/12 1:08 pm from Nemec to Holland |
| 49 | | | George Sayar | Email dated 12/24/09 9:55 am from Sayar to Hedrick & Maines |
| 50 | 4/16/15 | 4/16/15 | George Sayar | Email dated 3/10/10 2:58 pm from Sayar to Hedrick |
| 51 | 4/20/15 | 4/20/15 | | Email dated 1/4/10 at 5:37 from Jaijairam to Holland |

| | | | | |
|---|---|---|---|---|
| 53 | 4/23/15 | 4/23/15 | | Email regarding Skip Leake |
| 54 | 4/23/15 | 4/23/15 | | |
| 55 | 4/23/15 | 4/23/15 | | |
| 56 | 4/23/15 | 4/23/15 | | |
| 57 | 4/23/15 | 4/23/15 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |