

# DEFENDANT'S THIRD AMENDED EXHIBIT LIST

FILED IN OPEN COURT
4/29/15
CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

D.Ct.No. __3:14-Cr-73-J-MJG-JRK__    United States v. Holland et al

___ Government   ___ Plaintiff   _X_ Defendant Hedrick
___ Joint   ___ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | 11-3-09 e-mail Hedrick to Sayar - banking passport |
| 1-1 | | | | E-mail attachment - banking passport package price |
| 2 | | | | 11-4-09 e-mail Sayar to Holland - CD Beneficiary |
| 2-1 | | | | E-mail attachment - CD Beneficiary-Hedrick |
| 3 | | | | 11-5-09 e-mail Hedrick to Sayar - invoice |
| 3-1 | | | | E-mail attachment - banking passport package price |
| 3-2 | | | | E-mail attachment - wiring information |
| 4 | | | | 11-9-09 e-mail Hedrick to Vital Funds - Sayar/Hedrick contracts |
| 4-1 | | | | E-mail attachment - Business Relationship Agreement |
| 4-2 | | | | E-mail attachment - Confidentiality Agreement |
| 5 | | | | 12-1-09 e-mail Holland to Hedrick - Blocked CD for Sayar |
| 5-1 | | | | E-mail attachment - CD screen of DTC for $200 million |
| 6 | 4/16/15 | 4/16/15 | | 12-7-09 e-mail Holland to Hedrick - Block Removed CD for Sayar |

| | | | | |
|---|---|---|---|---|
| 6-1 | 4/16/15 | 4/16/15 | | E-mail attachment - CD screen of DTC for $200 million |
| 7 | 4/16/15 | 4/16/15 | | 12-8-09 e-mail Sayar to Hedrick - status of relationship |
| 8 | 4/16/15 | 4/16/15 | | 12-9-09 e-mail Sayar to Hedrick - person in Oakville, Ontario |
| 9 | 4/16/15 | 4/16/15 | | 12-11-09 e-mail Sayar to Hedrick - parameters of contract and changing beneficiary |
| 10 | 4/16/15 | 4/16/15 | | 12-24-09 e-mail Sayar to Hedrick - demand for status |
| 11 | | | | 12-28-09 e-mail Hedrick to Sayar - placement of CD for funding |
| 12 | 4/16/15 | 4/16/15 | | 12-30-09 e-mail Sayar to Hedrick capturing e-mail thread - banking passport |
| 13 | 4/16/15 | 4/16/15 | | 1-5-10 e-mail Hedrick to Sayar - status of funding; possible need for extension |
| 14 | | | | 1-13-10 e-mail Hedrick to Sayar - extension granted |
| 15 | | | | 1-17-10 e-mail Sayar to Hedrick - intent to discuss proposed timeline with attorney |
| 16 | | | | 1-22-10 e-mail Holland to Sayar - new Hedrick/Sayar contract |
| 16-1 | | | | E-mail attachment - Agreement Monetization of Instrument w/ DTC screen and projected returns |
| 17 | 4/16/15 | 4/16/15 | | 1-22-10 e-mail Holland to Sayar - authorization to block funds |
| 17-1 | 4/16/15 | 4/16/15 | | E-mail attachment - draft authorization to block funds to Osvaldo Ponce |
| 18 | 4/16/15 | 4/16/15 | | 1-22-10 e-mail Sayar to Holland - authorization to block funds |
| 18-1 | 4/16/15 | 4/16/15 | | E-mail attachment - executed authorization to block funds to Osvaldo Ponce |

| | | | | |
|---|---|---|---|---|
| 19 | | | | 1-28-10 e-mail Holland to Sayar - funds blocked and delivered |
| 19-1 | | | | E-mail attachment - CD screen of DTC for $200 million |
| 19-2 | | | | E-mail attachment - MT 799 on Unistate letterhead dated 1-27-10 |
| 20 | | | | 2-2-10 e-mail Hedrick to Sayar - voicemail message left by Sayar |
| 20-1 | | | | E-mail attachment - memo from Hedrick responding to voicemail left by Sayar |
| 21 | | | | 2-5-10 e-mail T. Jerry Snider, Esq to Hedrick - representation of Sayar |
| 21-1 | 4/16/15 | 4/16/15 | | E-mail attachment - letter from T. Jerry Snider, Esq |
| 22 | | | | 3-10-10 e-mail Sayar to Hedrick threatening legal action |
| 23 | | | | 1-13-10 e-mail Jaijairam to Sayar capturing e-mail thread - authorization to remove beneficiary |
| 23-1 | | | | E-mail attachment - executed authorization to remove Hedrick as beneficiary of $200 million CD dated 1-13-10 |
| 24 | 4/16/15 | 4/16/15 | | 1-15-10 e-mail Jaijairam to Sayar - leased CD process |
| 24-1 | 4/16/15 | 4/16/15 | | E-mail attachment - leased CD presentation |
| 24-2 | 4/16/15 | 4/16/15 | | E-mail attachment - Compliance Information Sheet |
| 24-3 | 4/16/15 | 4/16/15 | | E-mail attachment - Procedures and process for leasing CD |
| 24-4 | 4/16/15 | 4/16/15 | | E-mail attachment - Sample DTC screen of CD |
| 25 | 4/16/15 | 4/16/15 | | 1-15-10 e-mail Jaijairam to Sayar - explanation of difference between blocked and unblocked DTC screen |

| | | | | |
|---|---|---|---|---|
| 25-1 | 4/16/15 | 4/16/15 | | E-mail attachment - example of screen designating beneficiary |
| 25-2 | 4/16/15 | 4/16/15 | | E-mail attachment - example of screen when funds blocked |
| 26 | 4/20/15 | 4/20/15 | | 1-15-10 e-mail Jaijairam to Sayar - draft of lease agreements |
| 26-1 | 4/20/15 | 4/20/15 | | E-mail attachment - draft of Business Relationship Agreement |
| 26-2 | 4/20/15 | 4/20/15 | | E-mail attachment - draft of Confidentiality Agreement |
| 26-3 | 4/20/15 | 4/20/15 | | E-mail attachment - draft of Leasing Agreement |
| 26-4 | 4/20/15 | 4/20/15 | | E-mail attachment - draft of Safekeeping Agreement |
| 27 | 4/16/15 | 4/16/15 | | 1-15-10 e-mail Jaijairam to Sayar - Procedures for securing bank account with Unistate |
| 28 | 4/16/15 | 4/16/15 | | 1-15-10 e-mail Jaijairam to Sayar - Procedure for verifying DTCC screen of CD instrument |
| 29 | | | | 1-23-10 e-mail Jaijairam to Sayar - authorization to verify and authenticate CD Screen |
| 29-1 | | | | E-mail attachment - draft of authorization |
| 30 | 4/20/15 | 4/20/15 | | 1-23-10 E-mail Jaijairam to Hedrick - extension of term letters for five pending CD instruments |
| 30-1 | 4/20/15 | 4/20/15 | | E-mail attachment - Extension letter for Aurora Asset |
| 30-2 | 4/20/15 | 4/20/15 | | E-mail attachment - Extension letter for Sayar (via Hedrick) |
| 30-3 | 4/20/15 | 4/20/15 | | E-mail attachment - Extension letter for Inpex Capital |
| 30-4 | 4/20/15 | 4/20/15 | | E-mail attachment - Extension letter for KV Holdings |
| 30-5 | 4/20/15 | 4/20/15 | | E-mail attachment - Extension letter for PHK Global |

| | | | | |
|---|---|---|---|---|
| 31 | 4/20/15 | 4/20/15 | | 1-25-10 e-mail Jaijairam to Hedrick – Authorization to verify and authenticate CD screen on DTCC |
| 31-1 | 4/20/15 | 4/20/15 | | E-mail attachment - Authorization from Inpex Capital |
| 31-2 | 4/20/15 | 4/20/15 | | E-mail attachment - Authorization from KV Holdings |
| 31-3 | 4/20/15 | 4/20/15 | | E-mail attachment - Authorization from Sayar |
| 31-4 | 4/20/15 | 4/20/15 | | E-mail attachment - Authorization from PHK Global |
| 31-5 | 4/20/15 | 4/20/15 | | E-mail attachment - Authorization from Aurora |
| 32 | 4/20/15 | 4/20/15 | | 1-25-10 e-mail Jaijairam to Hedrick - Authorization to block funds for Osvaldo Ponce – KV Holding part of e-mail |
| 32-1 | 4/20/15 | 4/20/15 | | E-mail attachment - authorization from Inpex Capital |
| 32-2 | 4/20/15 | 4/20/15 | | E-mail attachment - authorization from Sayar |
| 32-3 | 4/20/15 | 4/20/15 | | E-mail attachment - authorization from PHK Global |
| 32-4 | 4/20/15 | 4/20/15 | | E-mail attachment - authorization from Aurora |
| 33 | | | | 1-26-10 email Jaijairam to Hedrick - communication regarding sending MT 799 via telex |
| 34 | | | | 1-26-10 e-mail Jaijairam to Hedrick - correspondence between Espirito Santo Bank and Bank of America |
| 34-1 | | | | E-mail attachment - webpage of the Clearing House Interbank Payments System identifying participant banks for Banco Espirito Santo, S.A. Madrid |
| 35 | 4/20/15 | 4/20/15 | | 1-28-10 e-mail Jaijairam to Hedrick - CD screens blocked in favor of Osvaldo Ponce for five transactions |

| | | | | |
|---|---|---|---|---|
| 35-1 | 4/20/15 | 4/20/15 | | E-mail attachment - CD screen reflecting block in favor of Osvaldo Ponce - KV Holdings |
| 35-2 | 4/20/15 | 4/20/15 | | E-mail attachment - CD screen reflecting block in favor of Osvaldo Ponce - Inpex Capital |
| 35-3 | 4/20/15 | 4/20/15 | | E-mail attachment - CD screen reflecting block in favor of Osvaldo Ponce - Hedrick (Sayar) |
| 35-4 | 4/20/15 | 4/20/15 | | E-mail attachment - CD screen reflecting block in favor of Osvaldo Ponce - PHK Global |
| 35-5 | 4/20/15 | 4/20/15 | | E-mail attachment - CD screen reflecting block in favor of Osvaldo Ponce - Aurora |
| 36 | 4/20/15 | 4/20/15 | | 1-28-10 e-mail Jaijairam to Hedrick - MT 799 to Espirito Santo Bank on five transactions sent at 1:57 a.m. |
| 36-1 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for KV Holdings (unsigned) |
| 36-2 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for Inpex Capital (unsigned) |
| 36-3 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for Hedrick (Sayar) (unsigned) |
| 36-4 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for PHK Global (unsigned) |
| 36-5 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for Aurora (unsigned) |
| 37 | 4/20/15 | 4/20/15 | | 1-28-10 e-mail Jaijairam to Hedrick - MT 799 to Espirito Santo Bank on five transactions sent at 10:28 p.m. |
| 37-1 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for KV Holdings signed by two bank officials of Unistate |
| 37-2 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for Inpex Capital signed by two bank officials of Unistate |
| 37-3 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for Hedrick (Sayar) signed by two bank officials of Unistate |

| | | | | |
|---|---|---|---|---|
| 37-4 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for PHK Global signed by two bank officials of Unistate |
| 37-5 | 4/20/15 | 4/20/15 | | E-mail attachments - MT 799 for Aurora signed by two bank officials of Unistate |
| 38 | | | | 2-3-10 e-mail Jaijairam to Hedrick - problems with correspondence between Espirito Bank and Bank of America |
| 39 | | | | 2-3-10 e-mail Jaijairam to Hedrick - purpose of MT 799 Free Format Message (FFM) |
| 40 | | | | 2-3-10 e-mail Hedrick to Jaijairam - message from Mariann Salt forwarded concerning failed confirmation of MT 799s |
| 41 | 4/20/15 | 4/20/15 | | 2-14-10 e-mail Jaijairam to Hedrick - demand for letter admitting responsibility for PHK Global's failed funding |
| 41-1 | 4/20/15 | 4/20/15 | | E-mail attachment - draft letter for Hedrick to place on letterhead, edit, sign and return |
| 42 | 4/20/15 | 4/20/15 | | 2-17-10 e-mail Jaijairam to Hedrick - demand for letter admitting responsibility for PHK Global's failed funding |
| 42-1 | 4/20/15 | 4/20/15 | | E-mail attachment - draft letter for Hedrick to place on letterhead, edit, sign and return |
| 43 | | | | 2-25-10 e-mail Jaijairam to Sayar - comment on Hedrick's cease and desist letter issued to CJ Group Services and Jaijairam |
| 43-1 | | | | E-mail attachment - Cease and Desist letter from Hedrick dated 2-25-10 |
| 44 | | | | 12-3-09 e-mail Dianne Wood to Hedrick - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Sayar $200 million CD |

| | | | | |
|---|---|---|---|---|
| 44-1 | 4/22/15 | 4/22/15 | | E-mail attachment - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Sayar $200 million CD |
| 45 | | | | 12-3-09 e-mail Dianne Wood to Hedrick - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Winum $100 million CD |
| 45-1 | 4/22/15 | 4/22/15 | | E-mail attachment - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Winum $100 million CD |
| 46 | | | | 12-3-09 e-mail Dianne Wood to Hedrick - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Inpex Capital $100 million CD |
| 46-1 | 4/22/15 | 4/22/15 | | E-mail attachment - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Inpex Capital $100 million CD |
| 47 | | | | 12-3-09 e-mail Dianne Wood to Hedrick - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Alpha LLC $100 million CD |
| 47-1 | 4/22/15 | | | E-mail attachment - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in Alpha LLC $100 million CD |
| 48 | | | | 12-3-09 e-mail Dianne Wood to Hedrick - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in KV Holdings $100 million CD |
| 48-1 | 4/22/15 | 4/22/15 | | E-mail attachment - consulting agreement between Hedrick and H. Bruce Abbott, Esq. in KV Holdings $100 million CD |
| 49 | | | | 1-21-10 e-mail Holland to Elliot Smith - commissions for Sayar and Aurora funding |
| 49-1 | | | | E-mail attachment - Projected returns on Sayar funding |
| 49-2 | | | | E-mail attachment - Projected returns on Aurora funding |

| | | | | |
|---|---|---|---|---|
| 50 | 4/22/15 | 4/22/15 | | 1-22-10 e-mail Dianne Wood to Hedrick – final contracts on five CDs to be funded by Osvaldo Ponce |
| 50-1 | 4/22/15 | 4/22/15 | | E-mail attachments - final contract for Aurora |
| 50-2 | 4/22/15 | 4/22/15 | | E-mail attachments - final contract for Inpex Capital |
| 50-3 | 4/22/15 | 4/22/15 | | E-mail attachments - final contract for KV Holdings |
| 50-4 | 4/22/15 | 4/22/15 | | E-mail attachments - final contract for Hedrick (Sayar) |
| 50-5 | 4/22/15 | 4/22/15 | | E-mail attachments - final contract for PHK Global |
| 51 | 4/22/15 | 4/22/15 | | 2-4-10 e-mail Mariann Salt to Hedrick - Addendum to five contracts consolidated |
| 51-1 | 4/22/15 | 4/22/15 | | E-mail attachment - consolidated Addendum |
| 52 | | | | 11-12-09 e-mail Vital Funds to Hedrick - CD screen of DTC for $200 million |
| 52-1 | | | | E-mail attachment - CD screen of DTC for $200 million issue date 13 Nov 2009 |
| 53 | 4/16/15 | 4/16/15 | | 11-9-09 e-mail Sayar to Hedrick - proposed name for passport; 11:16 a.m. |
| 54 | 4/16/15 | 4/16/15 | | 11-9-09 e-mail Sayar to Hedrick - 2nd proposed name for passport; 5:40 p.m. |
| 55 | 4/16/15 | 4/16/15 | | 11-4-09 e-mail Sayar to Hedrick - Agreement Monetization of Instrument signed by Sayar |
| 55-1 | 4/16/15 | 4/16/15 | | E-mail attachment - Agreement Monetization of Instrument signed by Sayar on 11-4-09 |
| 56 | | | | 1-5-10 e-mail Sapp to Hedrick - Rescind letter (Alpha LLC) |
| 56-1 | | | | E-mail attachment - Rescind letter (Alpha LLC) dated January 4, 2010 |

| # | | | | |
|---|---|---|---|---|
| 57 | | | | 1-6-10 e-mail Sapp to Hedrick - request for bridge loan as condition of continued relationship |
| 58 | 4/20/15 | 4/20/15 | | 1-13-10 e-mail thread Jaijairam and Sayar - Sayar wanting to talk and ask questions |
| 59 | 4/20/15 | 4/20/15 | | 1-13-10 e-mail thread Jaijairam and Sayar - Sayar requesting documents to remove beneficiary |
| 59-1 | 4/20/15 | 4/20/15 | | E-mail attachment - authorization to change of beneficiary |
| 60 | 4/20/15 | 4/20/15 | | 1-13-10 e-mail thread Jaijairam and Sayar - Jaijairam referencing documents |
| 61 | 4/20/15 | 4/20/15 | | 1-13-10 e-mail thread Jaijairam and Sayar - Jaijairam referencing painless transition to beneficiary |
| 62 | 4/20/15 | 4/20/15 | | 1-14-10 e-mail thread Jaijairam and Sayar - Jaijairam referencing painless transition to beneficiary |
| 63 | 4/20/15 | 4/20/15 | | 1-15-10 email thread Jaijairam and Sayar with forward from Holland – reference to Dilip Kumar |
| 64 | | | | 1-15-10 email thread Jaijairam and Sayar with forward from Holland – reference to Dilip Kumar and *Fox and Friends* |
| 65 | 4/20/15 | 4/20/15 | | 1-15-10 email thread Jaijairam and Sayar with forward from Holland – reference contact in HK and Hedrick empty promises |
| 66 | 4/20/15 | 4/20/15 | | 1-15-10 email thread Jaijairam and Sayar with forward from Holland – reference possibly replacing Hedrick with "friend" in HK |
| 67 | 4/20/15 | 4/20/15 | | 1-15-10 email thread Jaijairam and Sayar with forward from Holland – reference to Sayar's praise of Jaijairam |
| 68 | 4/20/15 | 4/20/15 | | 1-16-10 email thread Jaijairam and Sayar - collaboration on Mega Loan |

| | | | | |
|---|---|---|---|---|
| 69 | | | | 1-16-10 email thread Jaijairam and Sayar - collaboration on Mega Loan and need for documents |
| 69-1 | | | | E-mail attachment - authorization to block funds contingent on change of beneficiary |
| 70 | 4/20/15 | 4/20/15 | | 1-18-10 e-mail thread Jaijairam and Sayar - Jaijairam summarizing Hedrick's 1-17-10 update and timeline |
| 71 | 4/20/15 | 4/20/15 | | 1-19-10 e-mail thread Jaijairam and Sayar - plan and confirm conference call |
| 72 | 4/20/15 | 4/20/15 | | 1-20-10 e-mail thread Jaijairam and Sayar - Jaijairam authorized to speak on behalf of Unistate on conference call |
| 73 | 4/20/15 | 4/20/15 | | 1-20-10 e-mail thread Jaijairam and Sayar - Jaijairam authorized to speak on behalf of Unistate and identified as key person in proposed transaction |
| 74 | | | | 1-20-10 e-mail thread Jaijairam and Sayar - Jaijairam authorized to speak on behalf of Unistate on conference call referenced by Sayar as banker |
| 75 | 4/20/15 | 4/20/15 | | 1-28-10 e-mail thread Jaijairam and Sayar – Sayar inquiry of status of leased CD and praise of Jaijairam followed by witty phrase by Jaijairam |
| 76 | 4/20/15 | 4/20/15 | | 2-2-10 e-mail thread Jaijairam and Sayar - response to Hedrick's e-mail regarding Sayar voicemail message |
| 77 | 4/20/15 | 4/20/15 | | 2-8-10 e-mail thread Jaijairam and Sayar – Jaijairam correcting Sayar about deadline and blaming the Indian |
| 78 78-1 thru 78-45 | 4/20/15 | 4/20/15 | | Composite of e-mails sent from Chrisjai@verizon.net to hedrickconsulting@gmail.com |
| 79 79-1 thru 79-24 | 4/22/15 | 4/22/15 | | Composite of e-mails sent from hedrickconsulting@gmail.com to Chrisjai@verizon.net |
| 80-1 | 4/22/15 | 4/22/15 | | Email |
| 80-2 | 4/22/15 | 4/22/15 | | Email between Rondell Scott Hedrick/Norris/Chm |

| | | | | |
|---|---|---|---|---|
| 82-1 | 4/22/15 | 4/22/15 | | |
| 82-2 | 4/22/15 | 4/22/15 | | Email between Hedrick and PT Shamrock |
| 82-3 | 4/22/15 | 4/22/15 | | Email - Nov. 17 - PT Shamrock |
| 82-5 | 4/22/15 | 4/22/15 | | Email - Nov. 17 - Response - PT Shamrock |
| 82-6 | 4/22/15 | 4/22/15 | | Email - Nov. 17 - PT Shamrock |
| 82-4 | 4/22/15 | 4/22/15 | | Email - Nov. 18 - PT Shamrock |
| 82-7 | 4/22/15 | 4/22/15 | | |

82-8  4/22/15  4/22/15
82-9  4/22/15  4/22/15