IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          *

      vs.                       * CRIMINAL NO. 3:14-cr-073-MJG-JRK

MITCHELL HOLLAND                  *
WARREN ROSENFELD
RONDELL SCOTT HEDRICK             *

*     *     *     *     *     *     *     *     *     *     *     *     *

## RESTITUTION AMOUNT FINDING

Pursuant to the Statement Regarding Guidelines Determination issued herewith, the Court determines the restitution amount with regard to Defendants Rosenfeld and Holland as set forth below:

| Victim | Amount |
|---|---|
| GEORGE Y. SAYAR | $   625,500 |
| DWIGHT JENKINS | 750,000 |
| JUSTIN NEMEC | 375,000 |
| BRIAN WINUM | 300,000 |
| JERRY STACKHOUSE | 400,000 |
| GARY SNISKY | 247,000 |
| AURORA ASSET MANAGEMENT, LLC | 450,000 |
| PROMOTORA INMOBILIARIA | 664,577 |
|  | ------------- |
| TOTAL | $ 3,812,077 |

SO ORDERED, on Monday, August 17, 2015.

                          /s/
                       Marvin J. Garbis
            United States District Judge