# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900

| | |
|---|---|
| Sheryl L. Loesch | Jim Leanhart |
| Clerk | Jacksonville Division Manager |

**DATE:** September 14, 2015

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

## UNITED STATES OF AMERICA

## VS.                                          CASE NO: 3:14-cr-73-J-MJGJRK

## MITCHELL HOLLAND

---

## U.S.C.A. Case No.:

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Marvin J. Garbis, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Notice of Appeal, Order/Judgment appealed, and Docket Sheet.

- Court Reporter:  Shelli Kozachenko, Doug Zweizig, Cindy Packevicz, Digital

SHERYL L. LOESCH, CLERK

By:      s/LW, Deputy Clerk

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         CASE NO.    3:14-cr-73-J-34JRK

MITCHELL HOLLAND

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Mitchell Holland, hereby appeals to the

United States Court of Appeals for the Eleventh Circuit from the Judgment and Sentence in

a criminal case entered in this action on September 2, 2015.

Dated this 11th day of September, 2015.

Respectfully submitted,

By:   /Paul Shorstein
      Florida Bar No. 814431
      Shorstein, Lasnetski & Gihon, LLC
      6550 St. Augustine Rd., Ste. 303
      Jacksonville, Florida 32217
      Telephone: (904) 642-3332
      Facsimile: (904) 685-4580
      E-mail: Paul@Jaxtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Tysen Duva, Esquire, Assistant U.S. Attorney, Mitchell Stone, attorney for Warren Rosenfeld, and Maurice Grant, attorney for Rondell Scott Hedrick.

/Paul Shorstein
Florida Bar No.:  814431
Shorstein, Lasnetski & Gihon, LLC
6550 St. Augustine Rd., Ste. 303
Jacksonville, Florida 32217
Telephone:  (904) 642-3332
Facsimile:  (904) 685-4580

AO 245B (Rev. 09/11) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

MITCHELL HOLLAND

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 3:14-cr-73-J-MJGJRK
USM NUMBER: 75790-198

Defendant's Attorney:  Paul A. Shorstein, cja

THE DEFENDANT:

✓    was found guilty on Counts One through Nine of the Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 1349 and 1343 | Conspiracy to Commit Wire Fraud | February 2010 | One |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | November 2009 | Two |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | November 2009 | Three |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | November 2009 | Four |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | November 2009 | Five |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | December 2009 | Six |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | January 2010 | Seven |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | January 2010 | Eight |
| 18 U.S.C. §§ 1343 and 2 | Wire Fraud and Aiding and Abetting Wire Fraud | February 2010 | Nine |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, and 18 U.S.C. §§ 3551 and 3553.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence:  August 4, 2015

MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE

DATE: September ____, 2015

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **FORTY-EIGHT (48) MONTHS, this term consists of FORTY-EIGHT (48) MONTHS as to Counts One through Nine of the Indictment, all such terms to run concurrently.**

✓      The court makes the following recommendations to the Bureau of Prisons:

- Confinement at USP Lompoc, Santa Barbara, California, or at the closest facility to the defendant's residence.

✓      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
    ✓      before 2 P.M. on October 5, 2015.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

Mitchell Holland
3:14-cr-73-J-MJGJRK

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS, this term consists of THREE (3) YEARS as to Counts One through Nine of the Indictment, all such terms to run concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

✓ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

✓ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

✓ The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

AO 245B (Rev. 9/11) Sheet 3 – Supervised Release

**Mitchell Holland**
**3:14-cr-73-J-MJGJRK**

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

**Mitchell Holland**
**3:14-cr-73-J-MJGJRK**

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

✓    Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

✓    Defendant shall provide the probation officer access to any requested financial information.

✓    Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating yourself for any major purchases without approval of the probation officer.

✓    Defendant shall refrain from engaging in any employment related to the financial industry.

AO 245B (Rev. 9/11) Sheet 5 – Criminal Monetary Penalties

**Mitchell Holland**
**3:14-cr-73-J-MJGJRK**

Page 6 of 7

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties under the schedule of payments on Sheet 7.

|         | Assessment | Fine   | Restitution     |
|---------|------------|--------|-----------------|
| **Totals:** | $900.00 | $0.00 | $3,812.077.00 |

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below. This restitution obligation shall be payable to the Clerk, U.S. District Court, for distribution to the victims.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered |
|---------------|----------------------|-------------------------------|
| G.Y.S.<br>318 Oleander Street<br>Neptune Beach, FL 32266 | $625,500.00 | $625,500.00 |
| Dwight Jenkins<br>16 Seaver Street<br>Brockton, MA 02301 | $750,000.00 | $750,000.00 |
| Justin Nemec<br>13425 Annie Oakley Circle<br>Apt. 634<br>Roanoke, TX 76262 | $375,000.00 | $375,000.00 |
| Brian Winum<br>27 Brower Ave<br>Rockville Center, NY 11570 | $300,000.00 | $300,000.00 |
| Jerry Stackhouse<br>Attn: Drew James<br>1450 Raleigh Road, Suite 300<br>Chapel Hill, NC 27517 | $400,000.00 | $400,000.00 |
| Gary Snisky | $247,000.00 | $247,000.00 |
| Aurora Asset Management, LLC<br>Attn: Ed Wotitzky<br>223 Taylor Street<br>Punta Gorda, FL 33950 | $450,000.00 | $450,000.00 |
| Promotora Inmobiliaria | $664,577.00 | $664,577.00 |
| **Total Amounts** | **$3,812,077.00** | **$3,812,077.00** |

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☑ the interest requirement is waived for the restitution.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 9/11) Sheet 5 – Criminal Monetary Penalties

**Mitchell Holland**
**3:14-cr-73-J-MJGJRK**

Page 7

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

The Special Assessment in the amount of **$900.00** is to be paid in full within thirty (30) days of the sentencing date.

Upon release from custody, the defendant shall begin making payments of $5.00 per month and this payment schedule shall continue until such time as the Court may revise the schedule based upon the defendant's financial circumstances.

The payment of criminal monetary penalties shall not be due during the period of imprisonment.  All criminal monetary penalties shall be made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

✓      The defendant shall pay restitution in the total amount of $3,812,077.00, Jointly and Severally:

   With Co-Defendant Warren Rosenfeld (2) in Case No. 3:14-cr-73-J-MJG-JRK

Payments shall be applied in the following order:  (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

APPEAL, BOND, CLOSED, SL DOC

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:14-cr-00073-MJG-JRK-1

Case title: USA v. Holland et al

Date Filed: 04/17/2014
Date Terminated: 08/04/2015

Assigned to: Sr. Judge Marvin J. Garbis
Referred to: Magistrate Judge James R. Klindt

## Defendant (1)

**Mitchell Holland**
*BOND*
*TERMINATED: 08/04/2015*

represented by **Mitchell Holland**
1780 Blackbird Circle
Carlsbad, CA 92011
PRO SE

**Jeffrey E. Feiler**
Jeffrey E. Feiler, PA
Suite 200
7685 SW 104th St
Miami, FL 33156
305/670-7700
Fax: 305-669-8198
Email: ana@jeffreyfeiler.com
*TERMINATED: 05/20/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Paul A. Shorstein**
Shorstein & Lasnetski, LLC
Suite 303
6550 St Augustine Rd
Jacksonville, FL 32217
904/642-3332
Fax: 904/685-4580
Email: paul@jaxtriallaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

## Pending Counts

## Disposition

Imprisonment: 48 months, this term

| | |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (1) | consists of 48 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Supervised Release; 36 months, this term consists of 36 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Special Assessment: $900.00; Restitution: $3,812,077.00 (jointly and severally with Warren Rosenfeld) |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION (2-9) | Imprisonment: 48 months, this term consists of 48 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Supervised Release; 36 months, this term consists of 36 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Special Assessment: $900.00; Restitution: $3,812,077.00 (jointly and severally with Warren Rosenfeld) |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

| | | |
|---|---|---|
| **Maryann Salt** *TERMINATED: 08/04/2015* | represented by | **Seth P. Chazin** Law Offices of Seth P. Chazin 1164 Solano Avenue Albany, CA 94706 510/507-8100 Email: crimatty@earthlink.net *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |

**Interested Party**

**Kimberly Shelly**
*TERMINATED: 08/04/2015*

represented by **Melissa W. Nelson**
McGuireWoods, LLP-Jacksonville
Suite 3300
50 N Laura St
Jacksonville, FL 32202
904-798-2684
Fax: 904-360-6332
Email: mnelson@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

---

**Third Party Custodian**

**Marilee Harb**
*TERMINATED: 08/04/2015*

represented by **Marilee Harb**
11 Forest Drive
Lexington, NC 27292
336/249-3762
PRO SE

---

**Plaintiff**

**USA**

represented by **Andrew Tysen Duva**
US Attorney's Office - FLM
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6348
Fax: 904/301-6310
Email: Tysen.Duva@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Bonnie Ames Glober**
US Attorney's Office - FLM
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6300
Fax: 904-301-6310
Email: bonnie.glober@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jason Paul Mehta**
US Attorney's Office - FLM

Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6324
Fax: 904/301-6310
Email: Jason.Mehta@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2014 | 1 | INDICTMENT returned in open court as to Mitchell Holland (1) count(s) 1, 2-9, Warren Rosenfeld (2) count(s) 1, 3, 4, 9, Juan Luis Hernandez Rill (3) count(s) 1,n 10, 11, Rondell Scott Hedrick (4) count(s) 1, 3, 4, 7, 12-17. (HC) Modified on 5/21/2014 to correct counts(LRB). (Entered: 05/08/2014) |
| 04/17/2014 | 2 | MOTION to Seal Indictment and Related Documentsby USA as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick. (HC) Motions referred to Magistrate Judge James R. Klindt. (Entered: 05/08/2014) |
| 04/17/2014 | 3 | ORDER granting 2 Motion to Seal as to Mitchell Holland (1), Warren Rosenfeld (2), Juan Luis Hernandez Rill (3), Rondell Scott Hedrick (4). Signed by Magistrate Judge Patricia D. Barksdale on 04/17/2014. (HC) (Entered: 05/08/2014) |
| 04/17/2014 | 4 | MOTION for ARREST Warrant by USA as to Mitchell Holland. (HC) Motions referred to Magistrate Judge James R. Klindt. (Entered: 05/08/2014) |
| 04/17/2014 | 8 | ORDER granting 4 Motion for Warrant as to Mitchell Holland (1). Signed by Magistrate Judge Patricia D. Barksdale on 04/17/2014. (HC) (Entered: 05/08/2014) |
| 05/09/2014 | 19 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick by USA. Related case(s): yes (Duva, Andrew) (Entered: 05/09/2014) |
| 05/09/2014 | 20 | NOTICE of pendency of related cases re order of compliance to Local Rule as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick by USA. Related case(s): yes (Duva, Andrew) (Entered: 05/09/2014) |
| 05/19/2014 | 27 | Receipt for surrender of Passport as to Mitchell Holland. Passport Number 440864848 issued by USA (DSY) (Entered: 05/19/2014) |
| 05/19/2014 | | Arrest of Mitchell Holland on 5/19/2014 (MDC) (Entered: 05/20/2014) |
| 05/19/2014 | 29 | MINUTE Entry for proceedings held before Magistrate Judge James R. Klindt: Initial Appearance/Bond Hearing as to Mitchell Holland held on 5/19/2014. (DIGITAL) (MDC) (Entered: 05/20/2014) |
| 05/19/2014 | 30 | ORAL MOTION to Appoint Counsel by Mitchell Holland. (MDC) Motions referred to Magistrate Judge James R. Klindt. (Entered: 05/20/2014) |
| 05/19/2014 | 31 | ORAL MOTION for Bond by USA as to Mitchell Holland. (MDC) Motions |

| | | referred to Magistrate Judge James R. Klindt. (Entered: 05/20/2014) |
|---|---|---|
| 05/20/2014 | 32 | ORDER (granting 30 Oral Motion to appoint counsel) as to Mitchell Holland (1); Paul A. Shorstein appointed. No later than 5/29/2014, Defendant shall deposit $7,500.00 to the Clerk of Court for deposit into the current CJA appropriations account. See Order for details. Signed by Magistrate Judge James R. Klindt on 5/20/2014. (MDC) (Entered: 05/20/2014) |
| 05/20/2014 | 33 | ORDER SETTING CONDITIONS OF RELEASE (granting 31 oral motion for bond) as to Mitchell Holland (1) SECURED APPEARANCE BOND. Signed by Magistrate Judge James R. Klindt on 5/19/2014. MODIFIED per 193 Order (MDC) Modified to edit text on 6/12/2015 (MDC). (Entered: 05/20/2014) |
| 05/20/2014 | 34 | SECURED APPEARANCE BOND entered as to Mitchell Holland in amount of $ 7,500.00. Receipt # JAX012576. (MDC) (Entered: 05/20/2014) |
| 05/20/2014 | 35 | NOTICE OF HEARING as to Mitchell Holland: Arraignment set for 5/21/2014 at 02:00 PM in Jacksonville Courtroom 5 D before Magistrate Judge James R. Klindt. (MDC) (Entered: 05/20/2014) |
| 05/20/2014 | 51 | Arrest Warrant Returned Executed on 05/19/14 as to Mitchell Holland. (RH) (Entered: 05/23/2014) |
| 05/21/2014 | 36 | CJA 20 Appointment Voucher as to Mitchell Holland: Appointment of Attorney Paul A. Shorstein. Signed by Deputy Clerk on 5/20/2014. (MDC) (Entered: 05/21/2014) |
| 05/21/2014 | 37 | ORDER reassigning this case to the Honorable Marcia Morales Howard for all further proceedings pursuant to Local Rule 1.04(b) as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill and Rondell Scott Hedrick. Signed by Judge Timothy J. Corrigan on 5/21/2014. (MD) (Entered: 05/21/2014) |
| 05/21/2014 | 44 | MINUTE Entry for proceedings held before Magistrate Judge James R. Klindt: ARRAIGNMENT as to Mitchell Holland (1) Count 1, 2-9 held on 5/21/2014 Defendant pled not guilty. (DIGITAL) (MDC) (Entered: 05/21/2014) |
| 05/21/2014 | 45 | NOTICE of acceptance of general discovery by Mitchell Holland (Filed in Open Court) (MDC) (Entered: 05/21/2014) |
| 05/21/2014 | 46 | SCHEDULING ORDER as to Mitchell Holland: Status Conference set for 6/23/2014 at 04:00 PM in Jacksonville Courtroom 10 D before Judge Timothy J. Corrigan, Jury Trial set for trial term commencing 7/7/2014 at 04:00 PM in Jacksonville Courtroom 10 D before Judge Timothy J. Corrigan, Discovery/Dispositive/Suppression motions due by 6/18/2014. Signed by Deputy Clerk on 5/21/2014. (MDC) (Entered: 05/21/2014) |
| 05/22/2014 | 48 | Case as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick Reassigned to Judge Marcia Morales Howard. New case number: 3:14-cr-73-J-32JRK. Judge Timothy J. Corrigan no longer assigned to the case. (SJW) (Entered: 05/22/2014) |
| 05/22/2014 | 49 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The status conference previously scheduled for June 23, 2014, at 4:00 p.m. is rescheduled as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. New hearing time: Status Conference set for June 23, 2014, at 3:00 p.m. in Jacksonville Courtroom |

| | | 10 B before Judge Marcia Morales Howard.(JW) (Entered: 05/22/2014) |
|---|---|---|
| 05/29/2014 | 52 | Unopposed MOTION for miscellaneous relief, specifically to set a special status conference before the assigned District Judge in advance of the scheduled June 23, 2014 status conference by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. (Duva, Andrew) (Entered: 05/29/2014) |
| 05/30/2014 | 55 | ORDER granting, in part, and denying, in part, 52 United States' Unopposed Motion for Special Set Status Conference. The status conference set for June 23, 2014, at 3:00 p.m. is continued to July 2, 2014, at 2:00 p.m. Signed by Judge Marcia Morales Howard on 5/30/2014. (JW) (Entered: 05/30/2014) |
| 06/03/2014 | | Set/reset hearings as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick: Status Conference set for 7/2/2014 at 02:00 PM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard (RH) (Entered: 06/03/2014) |
| 06/05/2014 | 56 | Joint MOTION to continue trial by USA as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick. (Duva, Andrew) (Entered: 06/05/2014) |
| 06/09/2014 | 57 | ORDER granting 56 Joint Motion to continue trial as to Mitchell Holland (1), Warren Rosenfeld (2), Juan Luis Hernandez Rill (3), Rondell Scott Hedrick (4). The special status conference set for 7/2/2014, at 2:00 p.m. is continued to 8/11/2014 at 11:00 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. Jury Trial set for trial term commencing on 11/3/2014 at 09:30 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. Signed by Judge Marcia Morales Howard on 6/9/2014. (JW) (Entered: 06/09/2014) |
| 08/11/2014 | 58 | JOINT ORAL MOTION to continue trial by USA, Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick.(JW) (Entered: 08/12/2014) |
| 08/11/2014 | 59 | Minute Entry for proceedings held before Judge Marcia Morales Howard: STATUS Conference as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 8/11/2014; granting 58 Joint Oral Motion to continue trial as to Mitchell Holland (1), Warren Rosenfeld (2), Rondell Scott Hedrick (4). Status Conference set for 1/20/2015 at 01:30 PM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. Jury Trial set for date certain on 2/2/2015 at 09:00 AM in Jacksonville Courtroom 10 B before Judge Marcia Morales Howard. See Minutes for additional deadlines. Court Reporter: Cindy Packevicz (JW) (Entered: 08/12/2014) |
| 09/03/2014 | 60 | MOTION to Modify Conditions of Release by Mitchell Holland(Shorstein, Paul) Motions referred to Magistrate Judge James R. Klindt. Modified on 9/10/2014 to edit text (AET). Modified on 9/11/2014 to edit text (AET). (Entered: 09/03/2014) |
| 09/09/2014 | 61 | First MOTION to Modify Conditions of Release by Mitchell Holland. (Shorstein, Paul) Motions referred to Magistrate Judge James R. Klindt. (Entered: 09/09/2014) |
| 09/09/2014 | 62 | MOTION to Modify Conditions of Release *Withdrawal* by Mitchell Holland. (Shorstein, Paul) Motions referred to Magistrate Judge James R. Klindt. (Entered: 09/09/2014) |

| | | |
|---|---|---|
| 09/11/2014 | 63 | ORDER granting 61 and 62 Defendant Mitchell Holland's Notices of Withdrawal of Defendant Mitchell Holland's Motion to Modify Conditions of Pretrial Release, which the Court construes as a motion; Defendant Mitchell Holland's Motion to Modify Conditions of Pretrial Release (Doc. No. 60) is deemed withdrawn. Signed by Magistrate Judge James R. Klindt on 9/10/2014. (MDC) (Entered: 09/11/2014) |
| 10/20/2014 | 67 | ENDORSED ORDER granting 64 Joint Motion for Two Week Extension to File Motions. Motions to suppress, other motions directed at the evidence, and 404(b) notices due October 31, 2014. Signed by Judge Marcia Morales Howard on 10/20/2014. (JW) (Entered: 10/20/2014) |
| 10/31/2014 | 68 | NOTICE *of intent to introduce evidence pursuant to Federal Rule of Evidence 404(b)* by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 10/31/2014) |
| 11/21/2014 | 69 | ORDER regarding deadlines and instructions set forth in the attached memorandum. Signed by Judge Marcia Morales Howard on 11/21/2014. (Attachments: # 1 Memorandum)(JW) (Entered: 11/21/2014) |
| 12/12/2014 | 70 | MOTION for issuance of Subpoenas of witnesses for trial by Mitchell Holland. (Shorstein, Paul) (Entered: 12/12/2014) |
| 12/17/2014 | 71 | ORDER reassigning this case to the Honorable Marvin J. Garbis for all further proceedings. The special status conference set for January 20, 2015, at 1:30 p.m. is cancelled. Signed by Judge Marcia Morales Howard on 12/16/2014. (JW) (Entered: 12/17/2014) |
| 12/17/2014 | 72 | Case as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick reassigned to Sr. Judge Marvin J. Garbis. New case number: 3:14cr73-J-MJG-JRK. (AET) (Entered: 12/19/2014) |
| 12/19/2014 | 73 | ORDER granting 70 Application for Issuance of Subpoenas as to Mitchell Holland (1); subpoenas to issue. Signed by Magistrate Judge James R. Klindt on 12/19/2014. (KAW) (Entered: 12/19/2014) |
| 12/23/2014 | 76 | NOTICE OF ATTORNEY APPEARANCE Jason Paul Mehta appearing for USA. (Mehta, Jason) (Entered: 12/23/2014) |
| 01/08/2015 | 78 | PARTIALLY UNOPPOSED MOTION to continue trial by Mitchell Holland as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick. (Shorstein, Paul) Modified on 1/9/2015 to edit text (PAM). (Entered: 01/08/2015) |
| 01/09/2015 | 79 | RESPONSE to Motion re 78 MOTION to continue trial by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 01/09/2015) |
| 01/20/2015 | 80 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: Telephonic STATUS and SCHEDULING Conference as to Mitchell Holland, Warren Rosenfeld and Rondell Scott Hedrick held on 1/20/2015. Order to enter. Court Reporter: Doug Zweizig. (LMF) (Entered: 01/21/2015) |
| 01/21/2015 | 81 | SCHEDULING ORDER as to Mitchell Holland, Warren Rosenfeld, Rondell Scott |

| | | |
|---|---|---|
| | | Hedrick Jury Trial set for the period of 4/13/2015 through 5/6/15 before Sr. Judge Marvin J. Garbis. See Order for details. Signed by Sr. Judge Marvin J. Garbis on 1/21/2015. (LMF) (Entered: 01/21/2015) |
| 03/21/2015 | 93 | Proposed Jury Instructions by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 03/21/2015) |
| 03/21/2015 | 94 | PROPOSED Voir Dire by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 03/21/2015) |
| 03/23/2015 | 95 | NOTICE *of Intent to Seek Forfeiture Money Judgment and Legal Memorandum* by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Glober, Bonnie) (Entered: 03/23/2015) |
| 03/23/2015 | 99 | PROPOSED Voir Dire by Mitchell Holland (Shorstein, Paul) (Entered: 03/23/2015) |
| 03/24/2015 | 100 | SECOND MOTION for issuance of Subpoenas of witnesses for trial and for production of documents by Mitchell Holland as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick. (Shorstein, Paul) Modified on 3/25/2015 to edit text (PAM). (Entered: 03/24/2015) |
| 03/27/2015 | 102 | ORDER granting 100 the Second Application for Issuance of Subpoenas as to Mitchell Holland (1); subpoenas to issue. Signed by Magistrate Judge James R. Klindt on 3/27/2015. (MDC) (Entered: 03/27/2015) |
| 03/30/2015 | | Sealed Document # S-103. (LMF) (Entered: 03/30/2015) |
| 04/02/2015 | 108 | OBJECTION by Mitchell Holland as to Mitchell Holland re 68 Notice (Other) *United States' 404(b) Notice* (Shorstein, Paul) (Entered: 04/02/2015) |
| 04/02/2015 | 109 | WITNESS LIST by Mitchell Holland (Shorstein, Paul) (Entered: 04/02/2015) |
| 04/03/2015 | 117 | WITNESS LIST by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 04/03/2015) |
| 04/06/2015 | 118 | MOTION for miscellaneous relief, specifically specifically to exclude Defendant Mitchell Holland and Warren Rosenfeld's tendered expert witness James R. Bradley pursuant to Federal Rule of Evidence 702 and 704(b) by USA as to Mitchell Holland, Warren Rosenfeld. (Attachments: # 1 Exhibit Exhibit "A", # 2 Exhibit Exhibit "B", # 3 Exhibit Exhibit "C")(Duva, Andrew) (Entered: 04/06/2015) |
| 04/07/2015 | 122 | THIRD MOTION for issuance of Subpoena of a witness by Mitchell Holland. (Shorstein, Paul) Modified on 4/8/2015 to edit text (PAM). (Entered: 04/07/2015) |
| 04/07/2015 | **124** | **ORDER granting 122 The Third Application for Issuance of Subpoenas as to Mitchell Holland (1); subpoena shall issue. Signed by Magistrate Judge James R. Klindt on 4/7/2015. (MDC)** (Entered: 04/07/2015) |
| 04/08/2015 | 129 | NOTICE *of intent to use evidence pursuant to Federal Rule of Evidence 404(b) (Supplemental)* by USA as to Mitchell Holland (Duva, Andrew) (Entered: 04/08/2015) |
| 04/08/2015 | 130 | NOTICE *of intent concerning impeachmnt pursuant to Federal Rule of Evidence 609(b)* by USA as to Mitchell Holland (Duva, Andrew) (Entered: 04/08/2015) |

| 04/08/2015 | 131 | NOTICE *to the United States Pursuant to FRE 609(b) (Sayar)* by Mitchell Holland (Shorstein, Paul) (Entered: 04/08/2015) |
|---|---|---|
| 04/09/2015 | 132 | TRIAL BRIEF by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 04/09/2015) |
| 04/09/2015 | 133 | OBJECTION by Mitchell Holland as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick re 130 Notice (Other) *to United States' Rule 609(b) Impeachment Notice* (Shorstein, Paul) (Entered: 04/09/2015) |
| 04/09/2015 | 134 | OBJECTION by Mitchell Holland as to Mitchell Holland re 129 Notice (Other) *United States' Supplemental 404(b) Notice* (Shorstein, Paul) (Entered: 04/09/2015) |
| 04/13/2015 | 138 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY SELECTION AND TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/13/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/13/2015) |
| 04/14/2015 | 139 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/14/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/14/2015) |
| 04/15/2015 | 144 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/15/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/15/2015) |
| 04/16/2015 | 146 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/16/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/16/2015) |
| 04/16/2015 | 147 | MOTION to Travel *for US Marshal's Office to transport/pay for travel and accommodations for witnesses* by Mitchell Holland. (Shorstein, Paul) Motions referred to Magistrate Judge James R. Klindt. (Entered: 04/16/2015) |
| 04/17/2015 | 148 | MOTION to Seal *MARYANN SALT'S SUBMISSION IN SUPPORT OF FIFTH AMENDMENT CLAIM EX-PARTE AND UNDER SEAL* by Maryann Salt as to Mitchell Holland, Warren Rosenfeld, Juan Luis Hernandez Rill, Rondell Scott Hedrick. (Chazin, Seth) Motions referred to Magistrate Judge James R. Klindt. (Entered: 04/17/2015) |
| 04/17/2015 | 149 | **ORDER granting 147 Motion for Order Directing the United States Marshal's Office to Arrange for Travel and Expenses for Subpoenaed Witnesses as to Mitchell Holland (1). Signed by Magistrate Judge James R. Klindt on 4/17/2015. (MDC) (Entered: 04/17/2015)** |
| 04/17/2015 | 150 | **ORDER granting in part 148 Motion to Seal Maryann Salt's Submission in Support of Fifth Amendment Claim EX-PARTE and Under Seal. The Movant may file the said document under seal for Court consideration and may make an initial ex parte presentation regarding her privilege claim. The Court may, however, unseal the said document and include counsel for other parties in anyhearing as may be found appropriate. The Movant shall appear in response to thesubpoena served on her as to Rondell Scott Hedrick. (4). Signed by Sr. Judge Marvin J. Garbis on 4/17/2015. (AET) (Entered: 04/17/2015)** |

| 04/17/2015 | 155 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/17/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/21/2015) |
| --- | --- | --- |
| 04/20/2015 | 153 | **ORDER denying 152 Motion to Quash Non-Party Trial Subpoena; The Court will waive the obligation of Ms. Shelly to come to Jacksonvilee to testify, if she files by Noon tomorrow, 4/21/15, the requirements set forth in the Order; SEE ORDER FOR FURTHER INSTRUCTIONS AND DETAILS. Signed by Sr. Judge Marvin J. Garbis on 4/20/2015. (MGG)** (Entered: 04/20/2015) |
| 04/20/2015 | 157 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/20/2015; taking under advisement 156 Defendant Rondell Scott Hedrick's Oral Motion to Reside in a Halfway House. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/21/2015) |
| 04/21/2015 | 159 | ORAL MOTION for Judgment of Acquittal by Mitchell Holland. (EAM) (Entered: 04/21/2015) |
| 04/21/2015 | 161 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/21/2015; denying without prejudice 159 Motion for Judgment of Acquittal as to Mitchell Holland (1); denying without prejudice 160 Motion for Judgment of Acquittal as to Warren Rosenfeld (2); denying without prejudice 158 Motion for Judgment of Acquittal as to Rondell Scott Hedrick (4). Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/21/2015) |
| 04/22/2015 | 162 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/22/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/23/2015) |
| 04/23/2015 | 167 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/23/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/27/2015) |
| 04/25/2015 | 163 | TRANSCRIPT of Excerpt of Jury Trial (Excerpts of Warren Rosenfeld's Testimony) as to Warren Rosenfeld held on 4/23/15 before Judge Marvin J. Garbis. Court Reporter/Transcriber Shelli Kozachenko, Telephone number 904.710.2925. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/18/2015, Redacted Transcript Deadline set for 5/26/2015, Release of Transcript Restriction set for 7/24/2015. (SMK) (Entered: 04/25/2015) |
| 04/25/2015 | 164 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to Mitchell Holland, Warren Rosenfeld, Juan Luis |

| | | |
|---|---|---|
| | | Hernandez Rill, Rondell Scott Hedrick. Court Reporter: Shelli Kozachenko, 904.710.2925 (SMK) (Entered: 04/25/2015) |
| 04/27/2015 | 168 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/27/2015; granting 165 United States' Motion to Reopen Rebuttal Case and Memorandum of Law as to Warren Rosenfeld (2). Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/28/2015) |
| 04/28/2015 | 169 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/28/2015. Court Reporter: Shelli Kozachenko (EAM) Modified text on 5/12/2015 (EAM). (Entered: 04/30/2015) |
| 04/29/2015 | 170 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: JURY TRIAL as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/29/2015. Court Reporter: Shelli Kozachenko (EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 171 | GOVERNMENT'S EXHIBIT LIST as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. (Filed In Open Court) (EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 172 | DEFENDANT HOLLAND'S EXHIBIT LIST. (Filed In Open Court) (EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 173 | DEFENDANT ROSENFELD'S EXHIBIT LIST. (Filed In Open Court) (Attachments: # 1 continuation of Defendant Rosenfeld's Exhibit List)(EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 174 | DEFENDANT HEDRICK'S EXHIBIT LIST. (Filed In Open Court) (EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 175 | JURY VERDICT as to Mitchell Holland (1) Guilty on Count 1, 2-9 and Warren Rosenfeld (2) Guilty on Count 1, 3-4, 9 and Rondell Scott Hedrick (4) Guilty on Count 12-14, Rondell Scott Hedrick (4) Not Guilty on Count 1, 3-4, 15. (Filed In Open Court) (EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 176 | SPECIAL VERDICT on Forfeiture as to Warren Rosenfeld. (Filed In Open Court) (EAM) (Entered: 04/30/2015) |
| 04/29/2015 | 178 | ORAL MOTION that the Defendants be detained pending sentencing by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. (EAM) (Entered: 05/01/2015) |
| 04/29/2015 | 179 | Minute Entry for proceedings held before Judge Marcia Morales Howard: Post-Trial Detention Hearing as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick held on 4/29/2015; denying 178 United States' Motion that the Defendants be detained pending sentencing as to Mitchell Holland (1), Rondell Scott Hedrick (4); taking under advisement 178 United States' Motion that the Defendants be detained pending sentencing as to Warren Rosenfeld (2). This Post-Trial Detention Hearing is continued to 2:00 p.m., Thursday, April 30, 2015, in Courtroom 12A as to Warren Rosenfeld (2). See Minutes for further details. Court Reporter: Shelli Kozachenko (EAM) (Entered: 05/01/2015) |
| 05/13/2015 | 186 | MOTION for New Trial by Mitchell Holland. (Shorstein, Paul) (Entered: 05/13/2015) |

| | | |
|---|---|---|
| 05/26/2015 | 188 | UNOPPOSED MOTION to extend time to respond to post-trial motions filed by defendants Mitchell Holland and Warren Rosenfeld by USA as to Mitchell Holland, Warren Rosenfeld. (Duva, Andrew) Modified on 5/27/2015 to edit text (PAM). (Entered: 05/26/2015) |
| 05/26/2015 | 189 | **ORDER granting 188 Motion to extend time as to Mitchell Holland (1), Warren Rosenfeld (2). Signed by Sr. Judge Marvin J. Garbis on 5/26/2015. (EAM)** (Entered: 05/26/2015) |
| 06/10/2015 | 191 | MEMORANDUM in opposition by USA as to Mitchell Holland, Warren Rosenfeld re 185 MOTION for Judgment of Acquittal *or in the Alternative Motion for New Trial and 186 Motion for New Trial* (Duva, Andrew) (Entered: 06/10/2015) |
| 06/11/2015 | 192 | MOTION to Modify Conditions of Release by Mitchell Holland. (Shorstein, Paul) Motions referred to Magistrate Judge James R. Klindt. (Entered: 06/11/2015) |
| 06/12/2015 | 193 | **ORDER granting 192 Motion to Modify Conditions of Bond as to Mitchell Holland (1). Defendant shall submit to a mental health evaluation and treatment as directed by the Pretrial Services Office, with cost borne by Defendant as determined by the Pretrial Services Office. All other conditions set forth in the Order Setting Conditions of Release(Doc.33), except as otherwise modified by this Court, shall remain in full force and effect.Signed by Magistrate Judge James R. Klindt on 6/12/2015. (MDC)** (Entered: 06/12/2015) |
| 06/26/2015 | 197 | NOTICE OF HEARING as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick: Sentencing set for 8/3/2015 at 9:00AM in Jacksonville Courtroom 12 A before Sr. Judge Marvin J. Garbis. (EAM) (Entered: 06/26/2015) |
| 06/30/2015 | 201 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing hearing previously scheduled for 8/3/2015 is rescheduled as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. New hearing time:Sentencing set for 8/3/2015 at 10:30AM in Jacksonville Courtroom 12 A before Sr. Judge Marvin J. Garbis. (EAM) (Entered: 06/30/2015) |
| 07/16/2015 | 205 | FINAL MOTION for Forfeiture of a money judgment in the amount of $9,151,978.00 by USA as to Mitchell Holland, Warren Rosenfeld. (Glober, Bonnie) Modified on 7/17/2015 to edit text (PAM). (Entered: 07/16/2015) |
| 07/24/2015 | 208 | **ORDER denying 186 Motion for New Trial as to Mitchell Holland (1). Signed by Sr. Judge Marvin J. Garbis on 7/23/2015. (EAM)** (Entered: 07/24/2015) |
| 07/27/2015 | 210 | SENTENCING MEMORANDUM by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Duva, Andrew) (Entered: 07/27/2015) |
| 07/28/2015 | 217 | OBJECTION by Mitchell Holland as to Mitchell Holland re 210 Sentencing Memorandum *and Sentencing Memorandum* (Shorstein, Paul) Modified on 7/29/2015 to edit text (PAM). (Entered: 07/28/2015) |
| 07/30/2015 | 220 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Sentencing hearing is rescheduled as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. New hearing time:Sentencing set for 8/3/2015 at 9:30AM |

| | | |
|---|---|---|
| | | in Jacksonville Courtroom 12 A before Sr. Judge Marvin J. Garbis. (EAM) Modified text on 7/30/2015 (EAM). (Entered: 07/30/2015) |
| 07/31/2015 | 224 | EXHIBIT LIST by USA as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick (Duva, Andrew) (Entered: 07/31/2015) |
| 08/03/2015 | 232 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: SENTENCING held on 8/3/2015 as to Mitchell Holland (1). Sentencing to resume on 8/4/2015 at 8:30 a.m. Court Reporter: Shelli Kozachenko (EAM) (Entered: 08/11/2015) |
| 08/04/2015 | 245 | Minute Entry for proceedings held before Sr. Judge Marvin J. Garbis: SENTENCING held on 8/4/2015 for Mitchell Holland (1), Count(s) 1, 2-9, Imprisonment: 48 months, this term consists of 48 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Supervised Release: 36 months, this term consists of 36 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Special Assessment: $900.00; Restitution: $3,812,077.00 (jointly and severally with Warren Rosenfeld). Defendant shall surrender before 2:00 p.m. on October 5, 2015, to the designated insitution as notified by the BOP. Court Reporter: Shelli Kozachenko (EAM) (Entered: 08/20/2015) |
| 08/04/2015 | 248 | GOVERNMENT'S EXHIBIT LIST as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. (Filed In Open Court) (Attachments: # 1 Exhibits Not Scanned - Filed Separately)(EAM) (Entered: 08/20/2015) |
| 08/17/2015 | 237 | **STATEMENT REGARDING GUIDELINES DETERMINATION as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. Signed by Sr. Judge Marvin J. Garbis on 8/17/2015. (EAM)** (Entered: 08/18/2015) |
| 08/17/2015 | 238 | **RESTITUTION AMOUNT FINDING as to Mitchell Holland, Warren Rosenfeld, Rondell Scott Hedrick. Signed by Sr. Judge Marvin J. Garbis on 8/17/2015. (EAM)** (Entered: 08/18/2015) |
| 08/17/2015 | 239 | **FORFEITURE MONEY JUDGMENT granting 205 United States of America's Motion for a Forfeiture Money Judgment as to Mitchell Holland (1). Signed by Sr. Judge Marvin J. Garbis on 8/17/2015. (EAM)** (Entered: 08/18/2015) |
| 09/02/2015 | 261 | **JUDGMENT as to Mitchell Holland (1), Count(s) 1, 2-9, Imprisonment: 48 months, this term consists of 48 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Supervised Release; 36 months, this term consists of 36 months as to Counts One through Nine of the Indictment, all such terms to run concurrently; Special Assessment: $900.00; Restitution: $3,812,077.00 (jointly and severally with Warren Rosenfeld). Signed by Sr. Judge Marvin J. Garbis on 9/2/2015. (EAM)** (Entered: 09/02/2015) |
| 09/11/2015 | 270 | NOTICE OF APPEAL by Mitchell Holland re 261 Judgment Filing fee not paid. (Shorstein, Paul) (Entered: 09/11/2015) |

| Transaction Receipt | | | |
|---|---|---|---|
| 09/14/2015 12:14:18 | | | |
| **PACER Login:** | nb2457:4271119:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:14-cr-00073-MJG-JRK |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |